# EXHIBIT C



## ACKNOWLEDGMENT AND ATTESTATION FORM

In connection with the termination of my employment with Yipit, LLC ("YipitData") on June 17, 2024 I, Zachary Emmett hereby certify that I have returned and/or deleted all documents, files, records, data, equipment, and other items provided by YipitData to me, developed in connection with my employment at YipitData, or otherwise belonging to YipitData. I hereby certify that I have also deleted or removed copies of any such files saved to personal devices. If I subsequently discover that any property or data identified above has not been returned or deleted, I agree to return or delete all such property and data as soon as practicable, but not later than ten (10) days after making such discovery.

I understand and acknowledge my continuing obligations to maintain the confidentiality of YipitData's confidential, non-public information pursuant to the terms of the YipitData Proprietary Information, Inventions and Non-Solicitation Agreement to which I am a party.

I HAVE READ THIS ACKNOWLEDGMENT AND ATTESTATION FORM AND UNDERSTAND ITS TERMS. BY SIGNING BELOW, I HEREBY CERTIFY MY COMPLIANCE WITH THE ABOVE:

_____
Zachary Emmett

Date:

90 5th Avenue, 11th floor, New York, New York 10011