UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YIPIT, LLC d/b/a YipitData,<br><br>       Plaintiff,<br><br>v.<br><br>ZACHARY EMMETT,<br>ALEXANDER PINSKY, and<br>JOHN DOES 1-10,<br><br>       Defendants. | Case No. __24__-cv-__7854__ (_____)<br><br>**JURY TRIAL DEMANDED**<br><br>**NOTICE OF MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiff Yipit, LLC d/b/a YipitData's ("Yipit's") Motion for Leave to File Documents Under Seal, dated October 16, 2024, the undersigned will move this Court for an Order directing that the following documents in support of Yipit's request for Preliminary Injunction be sealed and remain sealed unless and until the seal is lifted by Order of the Court: (1) Plaintiff's Memorandum of Law in Support of Preliminary Injunction; (2) the Declaration of Paul Pasquale, along with Exhibits 2-5 and 8-9 thereto; (3) the Declaration of Jamie Melzer; and (4) Exhibits 4 and 7 to the Declaration of Laura D. Smolowe.  Yipit will also move for an Order permitting it to file public redacted versions of the aforementioned documents, which are being lodged contemporaneously herewith and redact only the portions highlighted in the non-public versions that are being lodged conditionally under seal.

Dated: October 16, 2024
       White Plains, NY

YANKWITT LLP

By: _____
Russell M. Yankwitt
Michael H. Reed
140 Grand Street, Suite 501
White Plains, New York 10601
Tel.: (914) 686-1500
*Attorneys for Plaintiff*
*(Local Counsel)*

MUNGER, TOLLES & OLSON LLP
Laura D. Smolowe
*Pro hac vice application pending*
Vincent D. Ling
*Pro hac vice application pending*
Jennifer L. Bryant
*Pro hac vice application pending*
Taylor L. Benninger
*Pro hac vice application pending*
Matthew Miyamoto
*Pro hac vice application pending*
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Tel: (213) 683-9100
*Attorneys for Plaintiff*
*(Lead Counsel)*