# EXHIBIT 3


Gabe Myerson <gmyerson@yipitdata.com>

## Zachary Emmett | June 17th Exit
6 messages

**Gabe Myerson** <gmyerson@yipitdata.com>                                                                Wed, Jun 5, 2024 at 1:01 PM
To: Zachary Emmett <zemmett@yipitdata.com>
Cc: PBP <pbp@yipitdata.com>

Hi Zach,

Your manager informed me that you'll be departing Yipit effective June 17th, 2024. We're sorry to see you go, but are so grateful for your contributions to the company and the opportunity to work with you.

Before your exit, make sure to:
- Work with your manager to transition your duties
- Transfer ownership if you own any google docs that are important for others and delete any non-important information in google docs.
- Save all of your personal docs on your laptop
- Remove the following from your personal accounts and devices:
    - Forwarded emails or information stored in external email accounts that contain information about YipitData reports, methodologies, data, or other proprietary or confidential information (please review the categories and examples of these documents)
    - Files saved to a non-Yipit owned device (personal computer, phone, etc) or an external USB, Harddrive, or cloud storage that contain information about YipitData reports, methodologies, data, or other proprietary or confidential information

**Important Actions to Take Before You Exit:**

1. **For all details on benefits and additional next steps, please review the 2024 Exiting Employee Resource Guide**.
2. As a reminder, there are multiple obligations to the company upon leaving per your IP Agreement. Please review your attached signed IP agreement (page 8-15), particularly *sections 1, 2, and 5*, and reach out to legal@yipitdata.com with any questions or concerns.
3. As part of our standard security process, attached is a Document Deletion Attestation, **which certifies that you do not have any documents in your possession that contain proprietary information (please review the categories and examples of these documents). We ask that you sign and return this document as soon as you have complied with the details of the attestation—by the end of your last day of employment at the latest**.
4. Additionally, YipitData's Security team will scan your computer activity upon your departure to ensure that any content deemed proprietary to the company has not been shared with personal accounts. If such files have been shared, they will request these files be deleted.
5. Your feedback is important to us, so I'll be sharing an exit survey with you and scheduling an exit interview. The survey and interview are confidential. Your feedback will be used in aggregate to make improvements to the company.

**Please don't forget to cc your personal email in your reply to this email, and let me know if you have any questions.**

Again, we're sorry to see you go, but we wish you good luck in your future endeavors. Please let me know if you have any questions ahead of our exit interview.

Thank you,

Gabe

--
**Gabe Myerson | he/him/his**
People Business Partner II
gmyerson@yipitdata.com | (802) 558-6976
YipitData | YipitData Coverage Summary
22 West 19th St, 7th Floor, New York, NY 10011

---

**2 attachments**

 **Emmett, Zachary YipitData Offer Letter_ IP Agreement FE.pdf**
649K

 **Emmett, Zachary - Yipit Document Deletion Attestation - 06_17_24.docx.pdf**
85K

---

**Zachary Emmett** <zemmett@yipitdata.com>     Wed, Jun 5, 2024 at 1:05 PM
To: Gabe Myerson <gmyerson@yipitdata.com>
Cc: PBP <pbp@yipitdata.com>

Appreciate it Gabe, sounds good!
[Quoted text hidden]
--
**Zach Emmett**
Director of Business Development
zemmett@yipitdata.com | P: (609) 709-6741

YipitData | Coverage Summary

90 Fifth Ave, 11th Floor, New York, NY 10011

---

**Gabe Myerson** <gmyerson@yipitdata.com>     Mon, Jun 17, 2024 at 9:03 AM
To: Zachary Emmett <zemmett@yipitdata.com>
Cc: PBP <pbp@yipitdata.com>

Hi Zach,

Please sign and return your document deletion attestation form (attached to my initial email) by EOD today, 06/17/24.

Thank you,
Gabe

**Gabe Myerson | he/him/his**
People Business Partner II
gmyerson@yipitdata.com | (802) 558-6976
YipitData | YipitData Coverage Summary
22 West 19th St, 7th Floor, New York, NY 10011

[Quoted text hidden]

---

**Zachary Emmett** <zemmett@yipitdata.com>     Mon, Jun 17, 2024 at 10:22 AM
To: Gabe Myerson <gmyerson@yipitdata.com>
Cc: PBP <pbp@yipitdata.com>

[Quoted text hidden]



5858A779-E8D7-48DD-A9D4-F13169C4428F.jpeg
149K

---

**Gabe Myerson** <gmyerson@yipitdata.com>　　　　　　　　　　　　　　　　Mon, Jun 17, 2024 at 10:51 AM
To: Zachary Emmett <zemmett@yipitdata.com>

Thanks Zach!

[Quoted text hidden]

---

**Zachary Emmett** <zemmett@yipitdata.com>　　　　　　　　　　　　　　　　Mon, Jun 17, 2024 at 10:51 AM
To: gmyerson@yipitdata.com

Hello,

Zach Emmett is no longer with YipitData.

For questions please reach out to Noah Gup.

Thank you.


--

*Zach Emmett*

Director of Business Development

zemmett@yipitdata.com | P: (609) 709-6741

YipitData <https://yipitdata.com/> | Coverage Summary <https://coverage-summary.yipitdata.com/>
[Quoted text hidden]