# EXHIBIT 1

# MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON
ROBERT E. DENHAM
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
GEORGE M. GARVEY
WILLIAM D. TEMKO
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR. P.C.
STEVEN M. PERRY
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
KATHLEEN M. McDOWELL
GLENN D. POMERANTZ
THOMAS B. WALPER
HENRY WEISSMANN
KEVIN S. ALLRED
JEFFREY A. HEINTZ
JUDITH T. KITANO
STUART N. SENATOR
MARTIN D. BERN
JONATHAN E. ALTMAN
KELLY M. KLAUS
DAVID B. GOLDMAN
LISA J. DEMSKY
MALCOLM A. HEINICKE
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
CAROLYN HOECKER LUEDTKE
C. DAVID LEE
BRETT J. RODDA P.C.
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
LAURA D. SMOLOWE
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
BRYAN H. HECKENLIVELY
ELAINE J. GOLDENBERG P.C.
GINGER D. ANDERS P.C.
MARGARET G. MARASCHINO
JOHN M. GILDERSLEEVE

ADAM B. WEISS
KELLY L.C. KRIEBS
JEREMY A. LAWRENCE
ACHYUT J. PHADKE
ZACHARY M. BRIERS
JENNIFER M. BRODER
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
ROSE LEDA EHLER
JOHN W. BERRY
ROBYN K. BACON
JORDAN D. SEGALL
JONATHAN KRAVIS P.C.
JOHN L. SCHWAB
EMILY C. CURRAN-HUBERTY
MATTHEW S. SCHONHOLZ
L. ASHLEY AULL
WESLEY T.L. BURRELL
CRAIG JENNINGS LAVOIE
JENNIFER L. BRYANT
NICHOLAS D. FRAM
TYLER HILTON
VINCENT LING
LAUREN BELL P.C.
VICTORIA A. DEGTYAREVA
JOHN B. MAJOR
RACHEL G. MILLER-ZIEGLER P.C.
FAYE PAUL TELLER
NIKOLE KITSA ZOUMBERAKIS
STEPHANIE G. HERRERA
JULIANA M. YEE
LAUREN C. BARNETT
NICK R. SIDNEY
SKYLAR B. GROVE
LAURA M. LOPEZ
COLIN A. DEVINE
DANE P. SHIKMAN
MAGGIE THOMPSON
ALLISON M. DAY
GIOVANNI S. SAARMAN GONZÁLEZ
SARA A. MCDERMOTT
J. MAX ROSEN
ANNE K. CONLEY
DAVID W. MORESHEAD
ROWLEY J. RICE
USHA CHILUKURI VANCE
ZARA BARI
LAUREN E. ROSS
BENJAMIN G. BAROKH
ABE DYK
MEGAN MCCREADIE
RAQUEL E. DOMINGUEZ
ARIEL TESHUVA

350 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100

_____

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000

_____

601 MASSACHUSETTS AVENUE NW
SUITE 500E
WASHINGTON, D.C. 20001-5369
TELEPHONE (202) 220-1100

SHANNON GALVIN AMINIRAD
XIAONAN APRIL HU
NATALIE KARL
ERINMA E. MAN
CARRIE C. LITTEN
JAMES R. SALZMANN
ROBIN GRAY SCHWEITZER
JOSEPH MOSES
SEAN P. BARRY
MICHAEL I. SELVIN
NATHANIEL F. SUSSMAN
OLIVER BROWN
MATTHEW MIYAMOTO
ANDRA LIM
REBECCA L. SCIARRINO
CORY M. BATZA
BRIAN R. BOESSENECKER
ROBERT E. BOWEN
RICHARD T. JOHNSON
GRACE DAVIS FISHER
LAUREN N. BECK
CALEB W. PEIFFER
GREGORY T. S. BISCHOPING
JAMIE LUGURI
STEVEN B. R. LEVICK
JANELLE KRUMMEN
WILLIAM M. ORR
GABRIEL M. BRONSHTEYN
JING JIN
ALEX C. WERNER
ROSIO FLORES ARRIAGA
JESSICA O. LAIRD
ERICA C. TOOCH
SARAH E. WEINER
LEONARDO MANGAT
EVAN MANN
ANDREW T. NGUYEN
NATALIE G. MOYCE
RACHEL M. SCHIFF
MIRANDA E. REHAUT
TIANA S. BAHERI
STEPHANY REAVES
LAUREN E. KUHN
J. KAIN DAY
GARRETT SOLBERG
TED KANG
ADAM W. KWON
JOSEPH N. GLYNN
SIMON K. ZHEN
CARSON J. SCOTT
ELISSA WALTER
CHRISTOPHER B. CRUZ
JARED T. KOCH

MATTHEW W. LINSLEY
NICHOLAS NEUTEUFEL
JIMMY BIBLARZ
ADEEL MOHAMMADI
TAYLOR L. BENNINGER
LORRAINE L. ABDULAHAD
CLARE KANE
SIDNEY M. EISNER
HELEN ELIZABETH WHITE
KATHLEEN FOLEY
ALISON A. DOYLE
FELIPE DE JESÚS HERNÁNDEZ
PHILLIP H.C. WILKINSON
JASON D. WEISS
HENRY D. SHREFFLER
MILES W. UNTERREINER
MARIAH MASTRODIMOS
LYNDSEY FRANKLIN
ANDREW DELAPLANE
ARIELLA PARK
LAURA R. PERRY
NATASHA GEILING
JOSEPH MANTEGANI
GRAHAM J. WYATT
WESLEY P. DEVOLL
LAUREN A. BILOW
ROMAN LEAL
KAYSIE GONZALEZ
AMANDA HARRIS
ASHLEY KIM
ALEXIS D. CAMPBELL
KYRA E. SCHOONOVER
WENDY Q. XIAO
DANIEL KANE
ADITI NARESH GHATLIA
ALBERTO J. DE DIEGO-HABEL

_____

OF COUNSEL
ROBERT K. JOHNSON
PATRICK J. CAFFERTY, JR.
PETER A. DETRE
BRADLEY R. SCHNEIDER
PETER E. GRATZINGER
JENNY H. HONG
KIMBERLY A. CHI
ADAM R. LAWTON
MICHAEL E. GREANEY
SARAH J. COLE

_____

SEE MTO.COM FOR
JURISDICTIONS OF ADMISSION

July 15, 2024

Writer's Direct Contact
(213) 683-9113
laura.smolowe@mto.com

M Science
Attn: Alessandro De Giorgis, General Counsel
and Chief Compliance Officer
45 W 25 St
New York, NY 10010

Via Email:
alessandro.degiorgis@mscience.com

      Re:    Zachary Emmett

Mr. De Giorgis:

      We have been engaged as litigation counsel for Yipit, LLC d/b/a YipitData ("Yipit"). We understand that M Science LLC ("M Science") recently hired Zachary Emmett, a former Yipit employee. We write to inform you of Mr. Emmett's ongoing obligations to Yipit and to raise concerns about his conduct before his departure from Yipit.

      Mr. Emmett has critical, continuing obligations to Yipit. Upon commencing employment with Yipit, Mr. Emmett agreed to hold Yipit's proprietary information—including, but not limited to, Yipit's trade secrets and information regarding Yipit's customers and potential customers—in strictest confidence, and to refrain from using or disclosing such information outside of his employment for Yipit. Mr. Emmett further agreed not to solicit any Yipit employees, including on behalf of another company, for a period of one year following his departure from Yipit, that is, until June 17, 2025. Finally, Mr. Emmett agreed that he would

MUNGER, TOLLES & OLSON LLP

M Science
July 15, 2024
Page 2

return all Yipit property and confidential information to Yipit upon his departure and certified that he had, in fact, returned or destroyed all such information when he left.

Unfortunately, we have reason to believe that Mr. Emmett has violated these obligations. Yipit recently uncovered evidence that, in the lead-up to his departure, he misappropriated Yipit's confidential and proprietary information, including Yipit trade secrets. The misappropriated information includes sensitive details about:

- Yipit's customers, including their identities, contract terms, product subscriptions, renewal dates, and annual spending;

- Yipit's products, including its proprietary methodology, product pricing and discounts, specific product offerings, and data product reporting; and

- Yipit's strategic information, including strategic client analyses, future plans, and pricing strategy.

We have written to Mr. Emmett and demanded, among other things, the return of all Yipit documents and a certification, under oath, that he has no additional Yipit documents or information in his possession. Yipit remains extremely concerned, however, about the possibility that Mr. Emmett has already disclosed or could imminently disclose Yipit's trade secret, confidential, and proprietary information to M Science.

With this letter, we are requesting that you immediately investigate whether and to what extent Yipit's trade secret, confidential, and proprietary information was provided to or used by M Science. Accordingly, please provide the following information to undersigned counsel within twenty (20) days:

- A list of all Yipit information Mr. Emmett shared with M Science or any of its employees, contractors, or affiliates, or stored on M Science devices or repositories, including without limitation computers, phones, network drives, email accounts, removable storage devices, storage discs, or in the cloud. This list should include at least (a) what information was shared, (b) with whom, and (c) on what date. To the extent that Mr. Emmett shared any Yipit documents or property, we demand that you return all copies of such documents or property to Yipit, care of undersigned counsel, within 20 days.

This letter also serves as a preservation notice. You have a legal obligation to preserve and not alter any evidence you have. Nothing contained herein is intended to waive any of Yipit's rights, all of which are expressly reserved, including but not limited to the right to take appropriate legal action in any court of competent jurisdiction.

MUNGER, TOLLES & OLSON LLP

M Science
July 15, 2024
Page 3

                                Respectfully,

                                Laura D. Smolowe
                                Vincent Y. Ling

                                *Counsel for Yipit*

cc: Jefferies Financial Group Inc.
    Attn: Michael J. Sharp, Executive Vice President and General Counsel
    Via Email: msharp@jefferies.com