# EXHIBIT 5

# Buchanan

**Andrew J. Shapren**
215 665 3853
andrew.shapren@bipc.com

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102-2555
T 215 665 8700
F 215 665 8760

August 21, 2024

VIA EMAIL

Laura D. Smolowe
Vincent Y. Ling
Munger, Tolles & Olson LLP
350 South Grand Avenue
Los Angeles, CA  90071-3426

  Re: **Zachery Emmett**

Ms. Smolowe and Mr. Ling:

  I write on behalf of M Science in response to your letter dated August 14, 2024, but sent by email on August 15, 2024.  Please note that this firm no longer represents Mr. Emmett.

  Your August 15 letter raised issues concerning communications on Mr. Emmett's and Mr. Pinsky's personal devices of which M Science previously was not aware.  While we are still in the process of reviewing those issues, M Science wanted to provide Yipit with this response given your request for a response by today.

  First, Yipit should know that Mr. Emmett is no longer working for M Science.

  Further, while numerous allegations and assumptions in your letter are inaccurate, M Science agrees that any Yipit client or business information (whether or not legally confidential or proprietary) that Mr. Emmett may have provided to its employees should be returned and purged from M Science's and its employees' possession.  To that end, as requested, M Science is conducting a continued and thorough review to identify and collect any such documents or electronic data.  Further, M Science has instructed Mr. Pinsky and Mr. Roduit not to use or disclose any Yipit information they may have received from Mr. Emmett.

  Your letter stated that Yipit has uncovered "months of text messages" on Mr. Emmett's Yipit work laptop.  Depending on when those text messages are from, M Science is concerned that they may contain information that M Science considers to be its confidential or proprietary information.  We believe that, following the commencement of his employment with M Science, Mr. Emmett exchanged text messages with other M Science employees that include competitively sensitive information relating to M Science's clients and prospects.  Please advise for what

Laura D. Smolowe
Vincent Y. Ling
August 21, 2024
Page - 2 -

timeframe Yipit has Mr. Emmett's text messages, whether any of those messages contain any of M Science's client or business information and what steps Yipit has taken to ensure any such information is not used or disclosed by Yipit or its employees.

    I expect to be in touch with an update by the end of next week. In the meantime, please contact me if you wish to discuss this matter.

                                   Sincerely,

                                   Andrew J. Shapren