# EXHIBIT 6

# Buchanan

**Andrew J. Shapren**
215 665 3853
andrew.shapren@bipc.com

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102-2555

T 215 665 8700
F 215 665 8760

August 30, 2024

**VIA EMAIL**

Laura D. Smolowe
Vincent Y. Ling
Munger, Tolles & Olson LLP
350 South Grand Avenue
Los Angeles, CA  90071-3426

  Re: <u>**Zachery Emmett**</u>

Ms. Smolowe and Mr. Ling:

  I write on behalf of M Science to provide an update on M Science's review to identify Yipit client or business information that Mr. Emmett may have provided to its employees.

  M Science's review of potentially relevant communications and documents is ongoing. In response to one of the concerns raised in your letter of August 14, I can report that, to date, we have not uncovered any evidence that Mr. Emmett shared a Yipit customer list, under any name, with any M Science employee. M Science would like to ensure its review is comprehensive. To that end, if Yipit believes Mr. Emmett may have shared Yipit information with any M Science employees, other than those identified in your letter of August 14, please let us know so we can ensure we review their communications with Mr. Emmett. Further, if there are files with names other than "ZETaxes2024" that Yipit believes Mr. Emmett may have retained, please advise us so we can search for those files.

  Finally, as requested in my letter dated August 21, 2024, please provide the timeframe for which Yipit has Mr. Emmett's text messages, whether any of those messages contain any of M Science's client or business information and what steps Yipit has taken to ensure any such information is not used or disclosed by Yipit or its employees.

              Sincerely,

              Andrew J. Shapren