# EXHIBIT 7

Redacted Version

**MUNGER, TOLLES & OLSON LLP**

350 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000

601 MASSACHUSETTS AVENUE NW
SUITE 500E
WASHINGTON, D.C. 20001-5369
TELEPHONE (202) 220-1100

September 13, 2024

Writer's Direct Contact
(213) 683-9113
(213) 683-5113 FAX
laura.smolowe@mto.com

**VIA E-MAIL**

Andrew J. Shapren
Buchanan
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555

      Re:    *Zachary Emmett Investigation*

Mr. Shapren:

      We have received your letters dated August 21, 2024, and August 30, 2024. We write to follow up on the outstanding requests in our August 14, 2024, letter and on the status of M Science's investigation.

      In our last letter, we asked M Science to provide Yipit with, among other things, (1) its plan for conducting an investigation, returning Yipit's confidential information, and ensuring that such information is not further shared; and (2) a thorough timeline of M Science's communications with Mr. Emmett regarding his employment with M Science. *See* Aug. 14, 2024, Letter at 5-7. On August 30, you represented that M Science's investigation was ongoing. *See* Aug. 30, 2024, Letter at 1. But it has now been nearly a month since Yipit's requests. M Science has yet to provide Yipit with a timeline of its communications with Mr. Emmett, details about its investigation, or any further updates about its findings—including whether, when, and under what circumstances Mr. Pinsky, Mr. Roduit, or any other M Science employees currently or previously possessed or used Yipit's information. Nor has M Science returned any of Yipit's

MUNGER, TOLLES & OLSON LLP

Andrew J. Shapren
September 13, 2024
Page 2

information, even though it is clear that, at a minimum, Mr. Pinsky possessed such information in his text messages from Mr. Emmett. *See* Aug. 14, 2024, Letter at 2-4. Yipit reiterates its demand that M Science respond to these inquiries and return its information as soon as possible.[1]

We also write to respond to two requests in your last letter. First, you requested that Yipit provide the names of files that Mr. Emmett retained "to ensure its review is comprehensive." Aug. 30, 2024, Letter at 1. We ask that you look for the following additional documents, which we also believe were misappropriated.

- ■■■■.xlsx
- Book2.xlsx
- ■■■■ Overlap.xlsx
- ■■■■.pdf
- Top 40 Account Deck.pdf
- Copy of Top 40 Account Deck.pdf
- Yipit Apple Battle Deck.pdf
- YipitData Historical Accuracy Tables by Sectors .xlsx
- ZEtaxes2024

As our prior letter makes clear, Mr. Emmett appears to have disclosed Yipit's trade secret, confidential, and proprietary information not only by sending specific files, but also through other means, such as sharing Yipit's information in messages and screensharing Yipit's information. **Yipit therefore reiterates that a thorough investigation must extend beyond a search for specific file names and must include, among other things, a search for Yipit's trade secret, confidential, and proprietary information on Mr. Pinsky and Mr. Roduit's company and personal devices.** *See also* Aug. 14, 2024, Letter at 5 (describing minimum requirements of a thorough investigation).

Second, you expressed concern that Mr. Emmett's text messages may contain "M Science's client or business information," Aug. 21, 2024, Letter at 2, and asked that we provide the timeframe for those messages, *see id.* at 1-2; Aug. 31, 2024, Letter at 1. The text messages on the laptop that Mr. Emmett returned to Yipit extend only through June 18, 2024, which is the day after Mr. Emmett left Yipit. Yipit has appropriately sequestered the text messages for preservation and evidentiary purposes.

---

[1] Yipit's prior letter also demanded that M Science and Mr. Emmett provide answers to several questions about Yipit's information. *See* Aug. 14, 2024, Letter at 7-8. Yipit understands that you no longer represent Mr. Emmett. *See* Aug. 21, 2024, Letter at 1. However, to the extent that M Science has or discovers information that is responsive to any of these questions, please respond with such information.

MUNGER, TOLLES & OLSON LLP

Andrew J. Shapren
September 13, 2024
Page 3

      Once again, Yipit explicitly reserves all of its rights, including but not limited to the right to take appropriate legal action against Mr. Emmett, Mr. Pinsky, and/or M Science, and the right to report any misconduct to law enforcement.

      Respectfully,

Laura D. Smolowe
Vincent Y. Ling

*Counsel for Yipit*