# EXHIBIT 8

| | |
|---|---|
| **From:** | Smolowe, Laura |
| **To:** | Andrew J. Shapren |
| **Cc:** | Anne Kozul; Ling, Vinny; Benninger, Taylor L.; Bryant, Jennifer |
| **Subject:** | Yipit/M Science |
| **Date:** | Tuesday, October 8, 2024 3:30:42 AM |
| **Attachments:** | M Science Certification.doc |
| | Valentin Roduit Certification.doc |
| | Alex Pinsky Certification.doc |

Andrew and Anne:

Andrew, thank you for speaking last week. It was very helpful. I wanted to follow up on two points.

First, we appreciate your representation that you will be providing a further update on the results your investigation and returning documents by the end of this week. Please confirm that this is still your intention. We would also ask that, per our conversation, you provide the information that was requested in my letters.

Second, as noted in the letters, Yipit will of course need to certify that all information has in fact been returned. Accordingly, I have attached certification for M Science, Mr. Roduit, and Mr. Pinsky to sign. We look forward to receiving them along with the other information.

Thanks very much, and let me know if you'd like to discuss.

Best,

Laura

**Laura D. Smolowe** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel: 213.683.9113 | Fax: 213.683.5113 | laura.smolowe@mto.com | www.mto.com

***NOTICE***
*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*

## CERTIFICATION OF NO MATERIALS

I certify that, based on a thorough search of M Science's electronic systems, including but not limited to iMessage accounts of M Science employees, M Science does not possess any of Yipit's trade secret, confidential, or proprietary information. To the extent that the above-referenced searched revealed any such information, it has been returned to Yipit and removed from M Science's possession. No copies, notes, summaries, or versions of such information, whether hard copy or electronic, have been retained by M Science or its employees, and neither M Science nor its employees have referenced, used, or shared such information, nor will they do so in the future.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Date: October _____, 2024          _____

Printed Name: _____

Title:              _____

## CERTIFICATION OF NO MATERIALS

I certify that I have conducted a thorough search of my business accounts (including my M Science email and document storage systems), personal accounts (including but not limited to my Facebook and LinkedIn accounts, cloud accounts, and my personal email), hard copy files, and electronic devices (including but not limited to iMessages, WhatsApp, Signal, and/or any other messaging services) for documents, data, or information belonging to Yipit, LLC ("Yipit").  I have returned all such documents, data, and information to counsel for Yipit.  I certify that I do not have in my possession, custody, or control, nor have I failed to return, any additional documents, data, or information belonging to Yipit.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.


Date:  October _____, 2024        _____

                                    Printed Name:   Valentin Roduit

52363892.1

## CERTIFICATION OF NO MATERIALS
## AND COMPLIANCE WITH ONGOING OBLIGATIONS

      I certify that I have conducted a thorough search of my business accounts (including my M Science email and document storage systems), personal accounts (including but not limited to my Facebook and LinkedIn accounts, cloud accounts, and my personal email), hard copy files, and electronic devices (including but not limited to iMessages, WhatsApp, Signal, and/or any other messaging services) for documents, data, or information belonging to Yipit, LLC ("Yipit").  I have returned all such documents, data, and information to counsel for Yipit.  I certify that I do not have in my possession, custody, or control, nor have I failed to return, any additional documents, data, or information belonging to Yipit.  Notwithstanding the foregoing, I understand that I may keep a copy of Yipit's personnel records relating to me.

      I further certify that I have maintained and will continue to maintain the confidentiality of YipitData's confidential, non-public information pursuant to the terms of the YipitData Proprietary Information, Inventions and Non-Solicitation Agreement to which I am a party.

      I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.


Date:  October _____, 2024        _____

                                                      Printed Name:   Alexander Pinsky_____