# EXHIBIT 9

| From: | Andrew J. Shapren |
|---|---|
| To: | Smolowe, Laura |
| Cc: | Anne Kozul; Ling, Vinny; Benninger, Taylor L.; Bryant, Jennifer |
| Subject: | RE: Yipit/M Science |
| Date: | Thursday, October 10, 2024 2:34:18 PM |

Laura,

We have had some issues with our vendor delivering the final batches of documents to review from the imaged devices. We are still waiting to get them loaded into our system for review. I expect we will get them tomorrow and will review as quickly as possible. I will update you on or before Wednesday of next week. I will discuss the proposed Certifications with M Science, Mr. Pinsky and Mr. Roduit.

Thank you,

**Andrew Shapren**
**Shareholder**

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
215 665 3853 (o)
andrew.shapren@bipc.com

# Buchanan

vCard | Bio | BIPC.com | Twitter | LinkedIn

---

**From:** Smolowe, Laura <laura.smolowe@mto.com>
**Sent:** Tuesday, October 08, 2024 6:31 AM
**To:** Andrew J. Shapren <andrew.shapren@bipc.com>
**Cc:** Anne Kozul <anne.kozul@bipc.com>; Ling, Vinny <Vinny.Ling@mto.com>; Benninger, Taylor L. <Taylor.Benninger@mto.com>; Bryant, Jennifer <Jennifer.Bryant@mto.com>
**Subject:** Yipit/M Science

Andrew and Anne:

Andrew, thank you for speaking last week. It was very helpful. I wanted to follow up on two points.

First, we appreciate your representation that you will be providing a further update on the results your investigation and returning documents by the end of this week. Please confirm that this is still your intention. We would also ask that, per our conversation, you provide the information that was requested in my letters.

Second, as noted in the letters, Yipit will of course need to certify that all information has in fact been returned. Accordingly, I have attached certification for M Science, Mr. Roduit, and Mr. Pinsky

to sign.  We look forward to receiving them along with the other information.

Thanks very much, and let me know if you'd like to discuss.

Best,

Laura

**Laura D. Smolowe** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9113 | Fax:  213.683.5113 | laura.smolowe@mto.com | www.mto.com
*** NOTICE ***
*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*

---

CONFIDENTIAL/PRIVILEGED INFORMATION: This e-mail message (including any attachments) is a private communication sent by a law firm and may contain confidential, legally privileged or protected information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is prohibited and may be unlawful. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system.