```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

YIPIT LLC D/B/A YIPITDATA,

        Plaintiff,

- against -

ZACHARY EMMETT, ET AL.,

        Defendants.

------------------------------------

24-cv-7854 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear, by phone, for a scheduling conference in connection with the plaintiff's request that this Court issue a preliminary injunction enjoining the defendants Zachary Emmett and Alexander Pinsky during the pendency of this litigation on **Tuesday, October 22, 2024**, at **3:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

    The plaintiff shall serve a copy of this order, plus all papers regarding the Order to Show Cause, on all identified defendants immediately upon receipt.

SO ORDERED.

Dated:  New York, New York  
       October 18, 2024

                                  /s/ John G. Koeltl  
                                John G. Koeltl  
                            United States District Judge