UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YIPIT LLC D/B/A YIPITDATA,

        Plaintiff,

- against -

ZACHARY EMMETT, ET AL.,

        Defendants.

---

24-cv-7854 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The pre-motion conference currently scheduled for November 26, 2024 at 4:00 p.m. is adjourned to **Wednesday, December 4, 2024** at 4:00 p.m. Dial-in: 646-453-4442, with access code 675-278-33#.

SO ORDERED.

Dated:    New York, New York
           November 22, 2024

                                              John G. Koeltl
                                      United States District Judge