# EXHIBIT A
# TO PINSKY DECLARATION

# Alexander Pinksy
181 Mount Harmony Rd Bernardsville, NJ 07924
917-842-6187 ajpinsky@gmail.com

**M SCIENCE New York, NY**

**Vice President, Sales**          Feb 2024- Oct 2024

- Head of Sales & Account Management for M Science's investor business achieving overall net growth of 21% year to date (2024)
- Lead a team of ~30 people across the revenue organization focusing on achieving growth targets, coaching, forecast management, strategic account planning and cross departmental collaboration
- Responsible for maintaining senior level relationships across largest clients and prospects, acting as the escalation point for negotiations
- Created a new sales onboarding and training program to streamline ramp time, shorten sales cycle and maximize opportunity conversions across the team
- Hired and onboarded 15 new team members over 18 month period

**Head of Client Strategy**          Jan 2023- Feb 2024

- Restructured the revenue organization from hybrid sales to 3 stand alone teams: New Business, Account Management, Enterprise
- Updated overall Go To Market plan including pricing, packaging and marketing of products to allow for better unit economics and the ability to upsell accounts intra-term
- Acted as the liaison between sales and other departments on large projects such as strategic data acquisition/partnerships, new product creation, and a full scale update of the M Science client facing portal
- Focused on international expansion; specifically in APAC region (expanded team from 2 to 10 within 14 months)
- Appointed to M Science's executive committee; assisted in company's strategic execution and long term planning
- Oversaw Account Management and Enterprise teams; achieved 60% growth on the enterprise accounts

**YIPITDATA New York, NY**

**Senior Sales Manager- Enterprise Accounts**          Jan 2020- Jan 2022

- Oversaw 10-person team that manages strategic relationships with Yipit's largest hedge fund clients who represent 20% of the annual recurring revenue, approximately $20M per year
- Developed fundamental infrastructure to support a growing team while successfully hiring and managing team of 4 Business Development Executives and bringing onboard our Client Strategy team
- This resulted in growing the footprint from 2 people to 10 over last 2 years
- Exceeded team sales targets by over 140% in 2020 & 2021 and currently pacing on target for 2022. This is an increase of 67% from $12M to $20M
- Created a new training program and outreach manual to help new employees exceed selling targets in their first 6 months

- Responsible for maintaining and delivering accurate weekly/ monthly/ quarterly forecast reports to senior management
- Support team with consistent coaching through individual development strategies to help guide them to achieving their long-term goals
- Built long term account strategy for each client and drive the execution against that plan to achieve revenue growth goals and minimize downside risk
- Lead negotiations of multiple complex seven figure contract renewals per year leading to positive outcomes for our team

**Senior Sales Executive**                                                                                      **August 2019- January 2020**
- Delivered $400,000 in revenue within 6 months of my hire date, 160% of my prorated target.

**BLOOMBERG L.P New York, NY**

**Global Enterprise Relationship Manager**                                                         **August 2017- August 2019**
- Managed and sold into 7 of Bloomberg's largest buy side institutional clients that generate over $30 million in annual revenue
- Responsible with owning the relationship as the main point of contact which included initiating and leading strategic meetings with key decision makers and executive leadership at client accounts and Bloomberg management, including the chairman of the board, regional sales leaders and product managers
- Engaged and coordinated with ancillary groups within Bloomberg to sell the full suite of internal offerings across the globe totaling over $1M annually
- Oversaw and managed team of 3 account associates supporting my books of business

**Senior Enterprise Relationship & Sales Manager**                                         **April 2012- August 2017**
- Exceeded >150% of annual revenue targets over 4 years while forecasting and managing an accurate pipeline and being a top regional rep in the Americas
- Successfully oversaw the relationship with over 130 accounts throughout the Midwest and New York that generated over $20M in revenue
- Developed relationships with prospects and ran the full sales cycle including onboarding new hedge funds and lead the biggest competitive displacement 2 years in a row

**Analytics Representative**                                                                                   **January 2011- March 2012**
- Consulted with 40-60 clients a day through the phone and instant message to support their analytical needs and navigation of the Bloomberg desktop solution.

## Education

**Hobart College Geneva, NY**

Bachelor of Arts in American History Minor Economics                                           August 2006 - May 2010

**Skills & Activities**
- Specialized training: SPIN selling, relationship management, team leadership, advanced negotiation
- Computer proficiency: Bloomberg, Salesforce, ChurnZero, Clari, Gong and Microsoft Office
- Interests: Mentoring, investing, hockey, golf, travel, politics, skiing, coaching
- Member: Somerset Hills Country Club