# EXHIBIT B
# TO PINSKY DECLARATION

3:25 
◀ Facebook



 **Chats** 

 Ask Meta AI or Search

Post a note

                

Your note     Sam     Xav     Matt

 **Meta AI**
I'm not sure what you're l... · Sep 24 ●

 **Nina Pinsky**
Nina sent an attachm... · Jun 8, 2022 ●

 **Nina, Josh**
Nina: Look who died... · Mar 17, 2022 ●

 **Stephen M. Silverman**
You celebrated a frie... · Nov 3, 2019 ●

 **Susan B. Weaver**
You and Susan B. W... · Oct 25, 2019 ●

3:24 👤

## Activity history

---

## September 5, 2021



Natasha TO mentioned you in a **comment**.

Congratulations Alex Pinsky!!

• • •

👥 Friends

## February 15, 2021



Alex Pinsky was tagged in a post.

Saturday we celebrated Jack's 1st Birthday! First time he experienced granulated sugar and he made it throug...

• • •

🌐 Public

## January 22, 2021



Alex Pinsky was tagged in a post.

🌐 Public

• • •

## July 8, 2020



Natasha TO mentioned you in a **comment**.

Alex Pinsky and Nina Pinsky- He's "baby Alex" 2.0

• • •

👥 Friends

7

3:25 👤                          ▂▃▅ 🛜 🔋

‹            **Activity history**

## June 15, 2020



Alex Pinsky likes Megan Taylor
Nassar's **post.**

Six months since we said "I do"/5 years in
quarantine days seems like a great excuse
to resurface photos of the very best day...                   •••

👥 Friends

## April 1, 2020



Alex Pinsky was tagged in a post.                             •••

👥 Friends

## November 17, 2019



Alex Pinsky likes Nina Pinsky's **post.**

Almost finished brining 34 pounds of
olives. A labor of love. Thanks Babette for                   •••
all your help. 😎

👥 Friends

## June 24, 2019



Alex Pinsky was tagged in a photo.                            •••

👥 Friends

5





Search Facebook

19

## Activity log

Home

Search activity log

### Filters

Date
All

**Your Facebook activity**
Your activity on Facebook including posts you've created, likes and other interactions, activity you're tagged in, your groups, videos you've watched and more

**Personal information**
Information about your profile

**Connections**
Who and how you've connected with people

**Security and login information**
Technical information and login activity

- Logins and logouts
- Where you're logged in
- Recognized devices

**Apps and websites off of Facebook**

### September 24, 2024

**Alex Pinsky** logged out of www.facebook.com.
IP address 74.103.173.35
4:32 PM

**Alex Pinsky** logged out of www.facebook.com.
IP address 74.103.173.35
2:02 PM

**Alex Pinsky** logged in on m.facebook.com.
IP address 2a09:bac2:6a2b:1973::289:cb
1:55 PM

**Alex Pinsky** logged in on m.facebook.com.
IP address 2a09:bac2:6a2b:1973::289:cb
1:54 PM

**Alex Pinsky** logged in on m.facebook.com.
IP address 2a02:26f7:f6ee:4000:5000::18
11:18 AM

**Alex Pinsky** logged in on m.facebook.com.
IP address 108.5.156.207
10:44 AM

**Alex Pinsky** logged in on www.facebook.com.
IP address 206.80.117.5
10:20 AM

**Alex Pinsky** logged in on www.facebook.com.

## Activity log

Home

🔍 Search activity log

### Filters

🗓 **Date**
All

**Your Facebook activity**
Your activity on Facebook including posts you've created, likes and other interactions, activity you're tagged in, your groups, videos you've watched and more

**Personal information**
Information about your profile

**Connections**
Who and how you've connected with people

**Security and login information**
Technical information and login activity

🧭 **Logins and logouts**

🔑 **Where you're logged in**

🖥 **Recognized devices**

Apps and websites off of Facebook

---

**Alex Pinsky** logged in on m.facebook.com.
IP address 2a02:26f7:f6ee:4000:5000::18                                    11:18 AM

**Alex Pinsky** logged in on m.facebook.com.
IP address 108.5.156.207                                                    10:44 AM

**Alex Pinsky** logged in on www.facebook.com.
IP address 206.80.117.5                                                     10:20 AM

**Alex Pinsky** logged in on www.facebook.com.
IP address 206.80.117.5                                                     9:57 AM

**Alex Pinsky** logged in on www.facebook.com.
IP address 206.80.117.5                                                     9:25 AM

### September 23, 2024

**Alex Pinsky** logged out of www.facebook.com.
IP address 2600:1001:b0f4:fdea:ac75:cc28:1efa:5552                          5:42 PM

**Alex Pinsky** logged out of www.facebook.com.
IP address 2600:1001:b0f4:fdea:ac75:cc28:1efa:5552                          5:41 PM





# Logins and logouts

Nothing to show







Search Facebook

## Activity log

Home

**Connections**
Who and how you've connected with people

**Security and login information**
Technical information and login activity

**Apps and websites off of Facebook**
Apps you own and activity we receive from apps and websites off of Facebook

**Preferences**
Actions you've taken to customize your experience

**Logged information**
Information that Meta logs about your activity, including things like your location and search history

Archive

Posts archive

Story archive

Trash

Timeline, photo and tag review

**September 24, 2024**

You visited on Facebook
"Zack Emmett"
Only me
2:06 PM

You searched Facebook
"Zack Emmett"
Only me
2:02 PM

You searched Facebook
"zack emmett"
Only me
2:01 PM

You visited on Facebook
"Alex Pinsky"
Only me
2:00 PM

**August 2, 2024**

**Alex Pinsky** was mentioned in a **post**.
Drew Casertano, Nick Weaver, Alex Pinsky, Cecilia Weaver. Hard to believe this was 8 years ago!!
Public
2:16 PM

**September 7, 2021**

**Alex Pinsky** was tagged in a post.
Behind in posting our X-country road trip. Glorious wedding in Calistoga CA and now on the Pacific Coast Highway heading south to see Michael's/Rit's sister.
Public
9:23 PM

## Activity log

Home

**Connections**
Who and how you've connected with
people

**Security and login information**
Technical information and login activity

**Apps and websites off of Facebook**
Apps you own and activity we receive
from apps and websites off of Facebook

**Preferences**
Actions you've taken to customize your
experience

**Logged information**
Information that Meta logs about your
activity, including things like your location
and search history

···  Archive

🗄  Posts archive

🕓  Story archive

🗑  Trash

···  Timeline, photo and tag review

---

**September 7, 2021**

**Alex Pinsky** was tagged in a post.
Behind in posting our X-country road trip. Glorious wedding in Calistoga CA and now on the Pacific Coast Highway heading south to see Michael's/Rit's
sister.
🌐 Public
9:23 PM
···

**September 5, 2021**

**Natasha TO** mentioned you in a **comment**.
Congratulations Alex Pinsky!!
👥 Friends
9:26 PM
···

**February 15, 2021**

**Alex Pinsky** was tagged in a post.
Saturday we celebrated Jack's 1st Birthday! First time he experienced granulated sugar and he made it through just fine.
🌐 Public
10:11 AM
···

**January 22, 2021**

**Alex Pinsky** was tagged in a post.
🌐 Public
9:41 AM
···

**September 11, 2020**

**Alex Pinsky** likes **Kelsey Bennett**'s post on his own timeline.
Hope you've had a very Hapoy Birthday!!!
👥 Friends
10:21 PM
···