# EXHIBIT C
# TO PINSKY DECLARATION
# FILED UNDER SEAL