# EXHIBIT D
# TO PINSKY DECLARATION

# Bloomberg

# News Story

02/02/2024   14:16:29 [BFW] Bloomberg First Word

## CORRECT: Shopify Slides as YipitData Flags Slowing GPV Trends

By Katrina Compoli and Bailey Lipschultz

(Bloomberg) -- (Corrects to reflect YipitData correction on magnitude of slowdown in gross payments volume growth in a story originally published on Feb. 1)

Shopify falls as much as 2.1% in Toronto trading as YipitData estimates that gross payments volume growth has decelerated over the past week through Jan. 22.

- It's the third straight session of losses for the stock, which remains up 3% this year
- Company will report 4Q results on Feb. 13
- SHOP CN has 23 buys, 24 holds, 5 sells; avg. PT C$103: data compiled by Bloomberg

To contact the reporters on this story:
Katrina Compoli in New York at klewis128@bloomberg.net;
Bailey Lipschultz in New York at blipschultz@bloomberg.net

To contact the editors responsible for this story:
Matt Turner at mturner107@bloomberg.net
Taryana Odayar

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

# Bloomberg

**News Story**

07/12/2024    08:40:28 [BFW] Bloomberg First Word

## Roblox Shares Rise After Positive Report From YipitData

By Janet Freund

(Bloomberg) -- Roblox shares rise 1.9% ahead of the bell amid positive 2Q bookings update from YipitData.

- 2Q bookings rose 25.8% y/y, according to the data provider, ahead of company's implied guidance
  - In May, Roblox forecast 2Q bookings of $870m-$900m; the company reported 2Q 2023 bookings of $780.7m
- "Bookings growth accelerated significantly in the second half of May and June relative to April, and our data suggests the acceleration was largely 'organic,' meaning it was not primarily driven by events or promotions," Yipit says
- Roblox is scheduled to report 2Q results Aug. 1

To contact the reporter on this story:
Janet Freund in New York at jfreund11@bloomberg.net

To contact the editors responsible for this story:
Matt Turner at mturner107@bloomberg.net
Beth Williams

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

This report is provided by BLOOMBERG to SKY at FRIED, LLP for exhibit use.

# Bloomberg                                                           News Story

**05/13/2024    21:47:29 [BZG] Benzinga**

## Elon Musk's Tesla Faces FSD Uptake Challenge As Only 2% Of Free Trial Users Subscribe, Gary Black Terms The Figure 'Disappointing'

Benzinga Neuro

(Benzinga Newswire)

**Elon Musk**'s **Tesla Inc.** (NASDAQ:TSLA) is facing a significant challenge in the uptake of its Full Self-Driving technology, with only 2% of free trial users opting for the subscription. This has raised concerns about the future of the technology.

**What Happened**: **Gary Black** of **Future Fund** took to social media platform X, to express his concerns about the low subscription rate of Tesla's FSD service.

He cited data from Yipit, a credit card data provider, which showed that only 2% of the Tesla owners who received a free 30-day trial of the FSD service actually subscribed to it after the trial period ended. This figure is significantly lower than the 6% Black had assumed in his Tesla model.

Black also noted that the sample size was relatively small, only 3,500 users out of 1.8 million trials, and might not be representative of the entire Tesla owner population. He suggested that Tesla needs to understand whether the low subscription rate is due to the perceived low value added by the FSD service or the $99/month subscription fee.

Black wrote, "Some bulls were predicting take rates of 20% or more - estimates we thought were absurd. The sample size was only 3,500 users out of 1.8M trials so could be unrepresentative of the TSLA owner population. Still, TSLA needs to understand whether the low take rate was due to low perceived value added or the $99/month rate."

> Yipit credit card data showed that just 2% of $TSLA owners with free FSD 30-day trials actually subscribed to it after the 30-day trial expired. My assumption in my $TSLA model was that 6% of trial users would subscribe. If just 2% subscribed after a month, that would be…
>
> — Gary Black (@garyblack00) May 13, 2024

Black's concerns were further highlighted by a community feedback forum by Moomoo Technology, which questioned the market expectations of the FSD service, given the low subscription rate.

*See Also: Tesla Defies Auto Industry Trends With 0.99% APR Model Y Financing Offer*

**Why It Matters**: The low uptake of Tesla's FSD subscription service is a significant concern for the company, especially considering the high expectations surrounding the latest FSD version, FSD v12.3. The tepid subscription rate, as reported by YipitData, raises doubts about the market's expectations for the new FSD system.

Just days before the subscription data was revealed, Musk asserted that Tesla's FSD technology is "half a decade ahead or more" compared to Mercedes, amid ongoing debates about the effectiveness and safety of Tesla's

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.

# Bloomberg

News Story

autonomous driving technology.

Black's concerns come in the wake of Tesla's decision to delay the deployment of its FSD driver assistance software on Cybertruck vehicles, indicating potential hurdles in the broader acceptance of FSD among consumers.

Earlier, Musk had also hinted at the imminent launch of the FSD feature in China . These developments, coupled with the disappointing subscription uptake, raise questions about the future of Tesla's FSD technology and its impact on the company's stock performance.

Read Next: Hertz Customer Fumes After Being Billed $277 For 'Refueling' Tesla, Car-Rental Company Says It Will Refund 'Erroneous' Charge

Image Via Shutterstock

Engineered by **Benzinga Neuro**, Edited by **Kaustubh Bagalkote**

The GPT-4-based Benzinga Neuro content generation system exploits the extensive Benzinga Ecosystem, including native data, APIs, and more to create comprehensive and timely stories for you. Learn more.

Copyright notice: © 2022 Benzinga.com. Benzinga does not provide investment advice. All rights reserved. Provided by SyndiGate Media Inc. (Syndigate.info).

To contact Benzinga about this story, newsdesk@benzinga.com

-0- May/14/2024 01:47 GMT

This report may not be modified or altered in any way. The BLOOMBERG PROFESSIONAL service and BLOOMBERG Data are owned and distributed locally by Bloomberg Finance LP ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BFLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg LP ("BLP"). BLP provides BFLP with all the global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. BFLP, BLP and their affiliates do not provide investment advice, and nothing herein shall constitute an offer of financial instruments by BFLP, BLP or their affiliates.