# EXHIBIT E
# TO PINSKY DECLARATION

## CERTIFICATION

I certify that I have conducted a thorough search of my business accounts (including my M Science email and document storage systems), personal accounts (including but not limited to my Facebook and LinkedIn accounts, cloud accounts, and my personal email), hard copy files, and electronic devices (including but not limited to iMessages, WhatsApp, Signal, and/or any other messaging services) for documents, data, or information belonging to Yipit, LLC ("Yipit"). In addition, I have turned over my personal IPhone to be imaged and searched by counsel for M Science for any documents, data, or information belonging to Yipit. I have authorized counsel for M Science to return all such documents, data, and information to counsel for Yipit. I certify that, to the best of my knowledge, I do not have in my possession, custody, or control, any additional documents, data, or information belonging to Yipit. Notwithstanding the foregoing, I understand that I may keep a copy of Yipit's personnel records relating to me.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Date: October 16, 2024

Printed Name: Alexander Pinsky

52363891.1