# EXHIBIT A
# TO BORTNICK DECLARATION

# Buchanan

**Andrew J. Shapren**
215 665 3853
andrew.shapren@bipc.com

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102-2555
T 215 665 8700
F 215 665 8760

October 23, 2024

**VIA EMAIL**

Laura D. Smolowe
Vincent Y. Ling
Munger, Tolles & Olson LLP
350 South Grand Avenue
Los Angeles, CA  90071-3426

   Re:  <u>**Zachery Emmett**</u>

Ms. Smolowe and Mr. Ling:

  I write in furtherance of our recent discussions and written communications.  As we have discussed, M Science has been conducting a thorough search for any data regarding Yipit's clients or business that Zachary Emmett provided to any M Science employee in connection with Mr. Emmett's employment with M Science.  That search included:

  1) searches and review of M Science emails, Teams messages, and Bloomberg messages extracted from M Science's back-up database;

  2) searches and review of documents downloaded to company laptops or OneDrive folders by pertinent employees;

  3) forensic imaging and review of pertinent content on Mr. Pinsky's, Mr. Roduit's and Aaron Fuchs' personal phones;

  4) review of the Facebook and LinkedIn accounts of Mr. Emmett and Mr. Pinsky;

  6) interviews of pertinent M Science employees;

  5) questioning of all of M Science's U.S. sales employees regarding what, if any, off channel communications they had with Mr. Emmett and review of various off channel communications with Mr. Emmett provided by the sales team; and

  6) searches of M Science's databases for the file names you have provided to us.

  Enclosed with this letter are documents we have located that contain (or appear to contain) information regarding Yipit's business and clients provided by Mr. Emmett to M Science

Laura D. Smolowe
Vincent Y. Ling
October 23, 2024
Page - 2 -

personnel. In some cases, non-pertinent portions of the communications have been redacted. With respect to Yipit's request that M Science delete such information, M Science directed the M Science employees in possession of these documents to delete them from their possession. To be clear, by returning these documents or directing their deletion, M Science does not agree or concede that the information contained in these documents is confidential, proprietary to Yipit or legally protectable.

Also, enclosed are signed certifications from Mr. Pinsky and Mr. Roduit confirming that they have conducted thorough searches and that neither has any additional data belonging to Yipit. These certifications have been modified slightly from your drafts, but we believe are sufficient to address Yipit's concerns. M Science is not willing to have someone sign a certification on behalf of the entire company as no one person could reasonably make such representations. We believe the written representations above regarding M Science's thorough search should address any concerns Yipit has. If you would like us to seek appropriate certifications from other M Science employees, please advise.

Please note that Mr. Pinsky is no longer employed by M Science. We intend to share a copy of this letter and its enclosures with Mr. Pinsky's attorney for litigation purposes only. If Yipit has an objection to that, please advise me by the end of the week.

With respect to Yipit's request concerning a timeline of M Science's recruitment and hiring of Mr. Emmett, M Science responds as follows:

- In February/early March 2024, Mr. Pinsky and Mr. Emmett informally discussed the possibility of Mr. Emmett working at M Science.

- Mr. Emmett interviewed with Mr. Roduit on March 14, 2024.

- Mr. Emmett interviewed with Shelby Yoshida on March 17, 2024.

- Mr. Emmett interviewed with Whitney Masters in March of 2024.

- Mr. Emmett interviewed with Michael Marrale on March 27, 2024.

- Mr. Emmett interviewed with Joseph Napoli on April 8, 2024.

- Mr. Emmett had an informal meeting for drinks on April 10, 2024, with Mr. Roduit and Mr. Pinsky, during which Mr. Marrale stopped in briefly.

- M Science sent Mr. Emmett an offer letter dated April 27, 2024, which he accepted/countersigned on May 3, 2024.

Laura D. Smolowe
Vincent Y. Ling
October 23, 2024
Page - 3 -

- Mr. Emmett started employment at M Science on June 17, 2024.

We note Yipit raised additional questions regarding Mr. Emmett's conduct. As you know, Mr. Emmett no longer works for M Science and M Science is unable to answer the questions posed to him. However, information responsive to some of those questions can be gleaned from the enclosed documents.

Please contact me if you have any questions or wish to discuss the matters raised in this letter.

Sincerely,

Andrew J. Shapren

Enclosures

## CERTIFICATION

I certify that I have conducted a thorough search of my business accounts (including my M Science email and document storage systems), personal accounts (including but not limited to my Facebook and LinkedIn accounts, cloud accounts, and my personal email), hard copy files, and electronic devices (including but not limited to iMessages, WhatsApp, Signal, and/or any other messaging services) for documents, data, or information belonging to Yipit, LLC ("Yipit"). In addition, I have turned over my personal IPhone to be imaged and searched by counsel for M Science for any documents, data, or information belonging to Yipit. I have authorized counsel for M Science to return all such documents, data, and information to counsel for Yipit. I certify that, to the best of my knowledge, I do not have in my possession, custody, or control, any additional documents, data, or information belonging to Yipit.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Date: October 22, 2024

Printed Name: Valentin Roduit

## CERTIFICATION

I certify that I have conducted a thorough search of my business accounts (including my M Science email and document storage systems), personal accounts (including but not limited to my Facebook and LinkedIn accounts, cloud accounts, and my personal email), hard copy files, and electronic devices (including but not limited to iMessages, WhatsApp, Signal, and/or any other messaging services) for documents, data, or information belonging to Yipit, LLC ("Yipit"). In addition, I have turned over my personal IPhone to be imaged and searched by counsel for M Science for any documents, data, or information belonging to Yipit. I have authorized counsel for M Science to return all such documents, data, and information to counsel for Yipit. I certify that, to the best of my knowledge, I do not have in my possession, custody, or control, any additional documents, data, or information belonging to Yipit. Notwithstanding the foregoing, I understand that I may keep a copy of Yipit's personnel records relating to me.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

Date: October 16, 2024

_[signature]_

Printed Name: Alexander Pinsky