# EXHIBIT B
# TO BORTNICK DECLARATION
# FILED UNDER SEAL