# EXHIBIT C
# TO BORTNICK DECLARATION
# FILED UNDER SEAL