UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YIPIT LLC D/B/A YIPITDATA,

        Plaintiff,

- against -

ZACHARY EMMETT, ET AL.,

        Defendants.

24-cv-7854 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to respond to the defendant Alexander Pinsky's letter motion to seal documents, ECF No. 51, by **December 6, 2024.**

SO ORDERED.

Dated:    **New York, New York**
            **November 25, 2024**

                                      John G. Koeltl
                                  **United States District Judge**