UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YIPIT LLC D/B/A YIPITDATA,

                Plaintiff,

    - against -

ZACHARY EMMETT, ET AL.,

                Defendants.

---

24-cv-7854 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The plaintiff may file an amended complaint by **December 20, 2024**. The time for the defendant Alexander Pinsky to answer or otherwise respond to the amended complaint is **January 17, 2025**. The time for the defendant Zachary Emmett to answer or otherwise respond to the Amended Complaint is also **January 17, 2025**.

The defendant Alexander Pinsky may move to dismiss the amended complaint without requesting an additional pre-motion conference. The time for the defendant Pinsky to make any such motion is **January 17, 2025**. The time for the plaintiff to respond to any such motion is **January 31, 2025**. The defendant Pinsky may reply by **February 10, 2025**.

SO ORDERED.

Dated:    New York, New York
            December 4, 2024

                                             /s/ John G. Koeltl
                                             John G. Koeltl
                                      United States District Judge