UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YIPIT, LLC d/b/a YIPITDATA,<br>      Plaintiff,<br><br>-against-<br><br>ZACHARY EMMETT, and<br>ALEXANDER PINSKY, and<br>JOHN DOES 1-10,<br><br>      Defendants. | Case No. 24-cv-07854 (JGK)<br><br>**ANSWER OF<br>ZACHARY EMMETT, PRO SE** |

## **ANSWER**

Defendant, Zachary Emmett, pro se, by way of Answer to the Complaint, says:

### **NATURE OF THE ACTION**

The allegations contained in paragraphs 1-7 related to Zachary Emmett are denied, and Plaintiff Yipit, LLC d/b/a Yipitdata ("Yipit") is left to its proofs.

### **THE PARTIES**

The allegations contained in paragraphs 8-11 are denied, except it is admitted that Zachary Emmett resides in Point Pleasant Beach, NJ.

### **JURISDICTION AND VENUE**

The allegations contained in paragraphs 12-18 are denied and Plaintiff is left to its proofs.

### **FACTS**

The allegations contained in paragraphs 19-86 are denied and Plaintiff is left to its proofs.

### **COUNT 1**

The allegations contained in paragraphs 87-97 are denied and Plaintiff is left to its proofs.

### **COUNT 2**

The allegations contained in paragraphs 98-110 are denied and Plaintiff is left to its proofs.

### **COUNT 3**

The allegations contained in paragraphs 111-122 are denied and Plaintiff is left to its proofs.

SWDocID

## COUNT 4

The allegations contained in paragraphs 123-132 are denied and Plaintiff is left to its proofs.

## COUNT 5

The allegations contained in paragraphs 133-139 are denied and Plaintiff is left to its proofs.

## COUNT 6

The allegations contained in paragraphs 140-147 are denied and Plaintiff is left to its proofs.

## COUNT 7

The allegations contained in paragraphs 148-154 are denied and Plaintiff is left to its proofs.

## COUNT 8

The allegations contained in paragraphs 155-161 are denied and Plaintiff is left to its proofs.

## COUNT 9

The allegations contained in paragraphs 162-167 are denied and Plaintiff is left to its proofs.

WHEREFORE, Defendant Zachary Emmett requests dismissal of the Complaint.

Dated: December 4, 2024

By: _____
Zachary Emmett
2343 Runyon Court
Point Pleasant, NJ 08742
(609) 709-6741
Zacharyemmett92@gmail.com

