UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yipit LLC d/b/a YipitData,<br><br>                  Plaintiff,<br><br> -against-<br>Zachary Emmett, et al.,<br><br>                  Defendants. | 24-CV-07854 (JGK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      By Order of Reference dated October 22, 2024 (ECF 35), Judge John G. Koeltl referred this case to me for settlement. A settlement conference is scheduled for **Wednesday, January 8, 2025 at 10:00 Am.** in Courtroom 9B at 500 Pearl Street, New York, NY. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **December 31, 2024**, **at 5:00 p.m**. Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED:  December 5, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge