UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

YIPIT LLC D/B/A YIPITDATA,

                    Plaintiff,

        - against -

ZACHARY EMMETT, ET AL.,

                    Defendants.
_____

24-cv-7854 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a pre-motion conference, by phone, on **Tuesday, January 28, 2025, at 3:00 p.m.** Dial-in: 646-453-4442, with access code 67527833#.

    The Clerk is directed to close ECF No. 79.

SO ORDERED.

Dated:    New York, New York
           January 21, 2025

                          John G. Koeltl
                  United States District Judge