UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YIPIT LLC D/B/A YIPITDATA,

        Plaintiff,

- against -

ZACHARY EMMETT, ET AL.,

        Defendants.

---

24-cv-7854 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff's request to file a second amended complaint is **granted**. The second amended complaint should be filed by **January 31, 2025**.

    All deadlines remain stayed through January 31, 2025. The plaintiff, together with the defendants Alexander Pinsky and Zachary Emmett, should submit a joint status report by **January 31, 2025**.

SO ORDERED.

Dated:    New York, New York
          January 28, 2025

                                       John G. Koeltl
                              United States District Judge