# RASCO | KLOCK

———— ATTORNEYS ————

RASCO | KLOCK | PEREZ | NIETO

**Blaine Bortnick**
305.476.7104 (Direct)
646.970.4770 (Main)
305.675.7499 (Direct Facsimile)
Bbortnick@rascoklock.com

January 31, 2025

**BY E-FILING**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**APPLICATION GRANTED
SO ORDERED**

1/31/25 /s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

Re:   *Yipit, LLC v. Emmett et al.*
      Case No. 24 Civ. 07854 (JGK)

Dear Judge Koeltl:

We represent Defendant Alexander Pinsky ("Pinsky") and write jointly on behalf of Pinsky, defendant Zachary Emmett ("Emmett"), and plaintiff Yipit LLC ("Yipit"), to provide a status report pursuant to the Court's Order dated January 28, 2025 (Dkt. No. 83).

Per the Court's minute order dated January 28, 2025, Yipit filed its Second Amended Complaint adding new parties on January 30, 2025 (Dkt. No. 84).

Pinsky, Emmett, and Yipit continue to make progress in their discussions and remain on track to complete the settlement. Accordingly, they jointly request that all deadlines applicable to Pinsky and Emmett, including the time to move or respond to Yipit's Second Amended Complaint, be stayed until February 14, 2025. If the settlements have not been finalized by that date, the parties will provide another status report.

Pinsky and Emmett will request that the case caption be amended upon completion of the settlement deleting their names from the case caption.

We thank the Court for its patience and consideration.

Respectfully submitted,

RASCO KLOCK PEREZ & NIETO, LLC

By: _____
    Blaine Bortnick

cc:   Counsel of Record

260 Madison Avenue, 16th Floor, New York, NY 10016 PH: 646-970-4770
WWW.RASCOKLOCK.COM