UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

YIPIT LLC D/B/A YIPITDATA,

                  Plaintiff,

        – against –

ZACHARY EMMETT, ET AL.,

                  Defendants.

———————————————————————

24-cv-7854 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a scheduling conference in connection with the plaintiff's request that this Court issue a preliminary injunction enjoining the defendants M Science LLC, Valentin Roduit, and Michael Marrale (the "M Science Defendants") during the pendency of this litigation on **Tuesday, February 3, 2025,** at 12:00 p.m. Eastern Time. Dial-in: 646-453-4442, with access code 67527833#.

    The plaintiff has filed documents indicating that the plaintiff is able to contact the M Science Defendants through counsel or by email. See ECF Nos. 86-88. As soon as possible, the plaintiff is directed to provide a copy of this Order to the M Science Defendants.

SO ORDERED.

Dated:     New York, New York
           February 3, 2025

                                John G. Koeltl
                       United States District Judge