```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

YIPIT LLC D/B/A YIPITDATA,

                Plaintiff,

    - against -

ZACHARY EMMETT, ET AL.,

                Defendants.

24-cv-7854 (JGK)

<u>AMENDED ORDER</u>

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear, by phone, for a scheduling conference in connection with the plaintiff's request that this Court issue a preliminary injunction enjoining the defendants M Science LLC, Valentin Roduit, and Michael Marrale (the "M Science Defendants") during the pendency of this litigation on **Tuesday, February 4, 2025**, at 12:00 p.m. Eastern Time. Dial-in: 646-453-4442, with access code 67527833#.

    The plaintiff has filed documents indicating that the plaintiff is able to contact the M Science Defendants through counsel or by email. <u>See</u> ECF Nos. 86-88. As soon as possible, the plaintiff is directed to provide a copy of this Amended Order to the M Science Defendants.

SO ORDERED.

Dated:    New York, New York
            February 3, 2025

                                            _____
                                            John G. Koeltl
                                            United States District Judge