UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YIPIT LLC D/B/A YIPITDATA,

               Plaintiff,

- against -

ZACHARY EMMETT, ET AL.,

               Defendants.

24-cv-7854 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The time for the defendants M Science LLC, Valentin Roduit, and Michael Marrale to file responsive papers to the plaintiff's proposed order to show cause (ECF No. 89) is **March 7, 2025**. The plaintiff may reply by **March 21, 2025**.

The parties are directed to appear for oral argument on **Thursday, April 10, 2025** at **2:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:    New York, New York
            February 4, 2025

                                            John G. Koeltl
                                   United States District Judge