MUNGER, TOLLES & OLSON LLP

350 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100

———

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000

———

601 MASSACHUSETTS AVENUE NW
SUITE 500E
WASHINGTON, D.C. 20001-5369
TELEPHONE (202) 220-1100

Writer's Direct Contact
(213) 683-9113
(213) 683-5113 FAX
laura.smolowe@mto.com

February 14, 2025

**BY E-FILING**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:    *Yipit, LLC v. Emmett et al.*, Case No. 24-cv-07854-JGK

Dear Judge Koeltl:

We represent Plaintiff Yipit LLC ("Yipit"), and we write jointly on behalf of Yipit, defendant Alexander Pinsky ("Pinsky"), and defendant Zachary Emmett ("Emmett") to provide a further status report pursuant to the Court's Order dated January 31, 2025 (Dkt. No. 97).

Yipit filed its Second Amended Complaint adding new parties on January 30, 2025 (Dkt. No. 84). Yipit, Pinsky, and Emmett continue to make progress in their discussions and remain on track to complete the settlement. Yipit and Pinsky expect to file a stipulated proposed judgment within the next few days. Yipit and Emmett continue to negotiate and expect to finalize a resolution soon. Accordingly, they jointly request that all deadlines applicable to Pinsky and Emmett, including the time to move or respond to Yipit's Second Amended Complaint, be stayed until February 28, 2025. If the settlements have not been finalized by that date, these parties will provide another status report. These parties anticipate that this will be their last request for a stay of case deadlines in anticipation of settlement.

MUNGER, TOLLES & OLSON LLP

February 14, 2025
Page 2

We thank the Court for its patience and consideration.

Respectfully submitted,

Laura D. Smolowe

cc:      Counsel of Record