**MUNGER, TOLLES & OLSON LLP**

350 SOUTH GRAND AVENUE 50TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

February 19, 2025

Writer's Direct Contact
(213) 683-9113
laura.smolowe@mto.com

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *Yipit, LLC d/b/a YipitData v. Emmett et al.*, 1:24-cv-07854 (JGK) (RFT)

Dear Judge Koeltl:

We represent plaintiff Yipit, LLC d/b/a YipitData ("Yipit") in the above-captioned matter. We write to briefly respond to the letter from Mr. Bortnick, counsel for defendant Alexander Pinsky, filed earlier today (Dkt. No. 120).

As Mr. Bortnick notes, Yipit and Mr. Pinsky have finalized and executed a settlement agreement, which includes a proposed stipulated judgment and consent injunction presently before Your Honor (Dkt. No. 119). Yipit and Mr. Pinsky stipulated to the entry of judgment in favor of Yipit and against Mr. Pinsky pursuant to Federal Rule of Civil Procedure 54(b) and to a permanent injunction prohibiting Mr. Pinsky from, *inter alia*, further misappropriating or continuing to possess Yipit's trade secrets.

Mr. Bortnick now asks the Court to remove Mr. Pinsky's name from the case caption. Assuming the Court approves the parties' stipulation and enters judgment against Mr. Pinsky and in favor of Yipit, Yipit has no objection to a change in the caption. Yipit notes, however, that such a change should not occur unless and until a final judgment has been entered against Mr. Pinsky.

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

Laura D. Smolowe