UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

YIPIT LLC D/B/A YIPITDATA,

        Plaintiff,

- against -

ZACHARY EMMETT, ET AL.,

        Defendants.
───────────────────────────────

24-cv-7854 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a case-management conference on **Tuesday, February 25, 2025,** at **3:00 p.m.** Dial-in: 646-453-4442, with conference number 675 278 33#.

SO ORDERED.

Dated:    New York, New York
           February 21, 2025

                                                John G. Koeltl
                                      United States District Judge