UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YIPIT LLC D/B/A YIPITDATA,

              Plaintiff,

- against -

ZACHARY EMMETT, ET AL.,

              Defendants.

24-cv-7854 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For the reasons discussed during today's telephone conference, the plaintiff and Alexander Pinsky's request for this Court to endorse the Proposed Stipulated Judgment and Permanent Injunction submitted by the plaintiff and Pinsky, ECF No. 119, is **denied without prejudice**. Similarly, Pinsky's request to amend the caption in this case is **denied without prejudice**.

The Clerk is directed to close ECF No. 120.

SO ORDERED.

Dated:    New York, New York
          February 25, 2025

                                        John G. Koeltl
                                   United States District Judge