MUNGER, TOLLES & OLSON LLP
350 SOUTH GRAND AVENUE 50TH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

February 26, 2025

Writer's Direct Contact
(213) 683-9113
laura.smolowe@mto.com

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Yipit, LLC d/b/a YipitData v. Emmett et al.*, **1:24-cv-07854 (JGK) (RFT)**

Dear Judge Koeltl:

Pursuant to the Court's order during yesterday's telephonic case management conference, plaintiff Yipit, LLC d/b/a YipitData ("Yipit") submits this letter to memorialize the request made by defendants Alexander Pinsky and Zachary Emmett for a continuation of the stay of all case deadlines as to those two defendants (which include the deadline to respond to Yipit's motion for a preliminary injunction and second amended complaint) through March 31, 2025. Yipit does not oppose the request.

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

Laura D. Smolowe