UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **YIPIT, LLC d/b/a YipitData,** | |
| **Plaintiff,** | Case No. 1:24-cv-07854 |
| **v.** | |
| **ZACHARY EMMETT,** **ALEXANDER PINSKY,** **VALENTIN RODUIT,** **MICHAEL MARRALE; M** **SCIENCE LLC, and JOHN DOES 1-10,** | |
| **Defendants.** | |

## DECLARATION OF MICHAEL MARRALE

I, Michael Marrale, declare under the penalty of perjury pursuant to 28 U.S.C. §1746 that the below statements are true and correct to the best of my knowledge:

1.    I am the Chief Executive Officer of M Science LLC ("M Science").  I have held that position since May 2016.

2.    I submit this Declaration in support of mine and M Science's Oppositions to Yipit's Motion for a Preliminary Injunction (the "Motion").

3.    There are three factual allegations in the Motion that relate to me.  First, Yipit states that on April 10, 2024, I met for drinks with Zachary Emmett as part of the recruiting process that led to him joining M Science.  *See* Dkt. 91 at 6.  I was at that meeting for approximately 15 minutes. At no time during that brief meeting did Mr. Emmett disclose to me, nor did I request or suggest he provide, any confidential or trade secret information related to Yipit.  Further, it is a common practice for me to meet with recruits when M Science is recruiting new employees.

4.     Second, Yipit points to a May 16, 2024 Microsoft Teams chat in which Alex Pinsky relayed some information about Yipit to me and others that, apparently, Mr. Emmett had shared with Mr. Pinsky.  *See* Dkt. 92; Benninger Decl. Ex 2 at Yipit 327-29.  I did not ask for any of that information.  Further, I did not consider any of the information Mr. Pinsky shared to be competitively sensitive or useful.  In the chat, Mr. Pinsky first mentioned that Yipit does not sell ███████ outside of regular pricing but has a generative AI product that is separate and costs more. He also mentioned that Yipit prices ██████ higher than other tickers.  *Id.* at Yipit 328.  As I stated in my response later in the chat, I did not understand what Mr. Pinsky meant by his comment about ███████ not being sold out of regular pricing.  *Id.*  In addition, I did not find any of this vague information about how Yipit prices some products to be competitively sensitive or useful.  I also did not believe it to be confidential because I know that Yipit routinely discloses how it packages and prices various products to prospects and clients, who routinely share that information with M Science's salespeople.  Further, in the Declaration of Yipit's Senior Vice President of Investor Revenue, Jamie Meltzer, Ms. Meltzer testifies about different research packages Yipit offers and states that "Yipit customers choose which of those products they wish to receive, and reports can be bought on a per stock ticker basis (e.g. data about a specific company') or at the package level." *See* Dkt. 9; Meltzer Decl. at p. 3.  She goes on to say that "Yipit offers individual pricing based on those selections and the attributes of each customer." *Id.*  Accordingly, it is not confidential that Yipit sells both individual ticker research and research packages and prices products differently.

5.     Mr. Pinsky then mentioned that Yipit was launching research coverage on ███ ███████████ that week and maybe would leverage data obtained from its affiliated ███████████ software renewal management platform to launch research on two companies in Q3.  *See* Dkt. 92; Benninger Decl. Ex 2 at Yipit 328.  Again, I did not find this information to be confidential or competitively sensitive or useful at all.  In fact, on May 13, 2024, three days before this chat, Yipit

publicized    its    ████████████    launch    on    its    website.    *See*
████████████████████████████████████████████    also    attached

as Exhibit A hereto.  Further, Yipit publicly announced the launch of its ████████ product long

before the time of this chat.  ████████ was launched in 2023 and Yipit publicly discloses its

affiliation with ████████ and the fact that Yipit uses spend data of customers of publicly traded

companies (and ████████ customers) to write research reports on those public companies.  *See*

FAQs at ████████████████ also attached as Exhibit B hereto.  Further, Yipit has a

publicly available coverage webpage that specifically lists ██████ and references ████████

*See* https://coverage-summary.yipitdata.com portions of which are attached hereto as Exhibit C.

      6.    Mr. Pinsky then relayed that Yipit signed an extension with ████████████

████  I also did not consider this information to be confidential or competitively sensitive or

useful.  ████ is a widely used consumer rewards app.  It is also a widely known data provider to

alternative data companies like M Science and Yipit that offers to provide the consumer data it

compiles through consumers' use of the app.  ████ markets this data to alternative data companies.

To my knowledge, ████ is not exclusive with any alternative data companies and research firms

such as M Science that wish to license ████ data can seek to contract with ████  In fact, M

Science itself had entered into a contract with ████ in 2021 to license data from ████  In

September of 2023, just eight months before this chat, M Science terminated that contract before

the end of its term because we did not find ████ data to be useful for our research.  Accordingly,

the fact that Yipit may be using ████ is meaningless to M Science and me.  M Science had already

decided we did not want to use ████ any longer.  Further, we have no plans to use ████ in the

future.  Accordingly, Yipit's purported concern that "M Science will 'approach ████ with a

better deal or terms, and put Yipit's relationship or deal at risk'" has no basis in reality.  *See* Dkt.

91 at 21.

7.      Yipit also argues that Pinsky disclosed specific data sources underlying its consumer package and Ms. Meltzer states that "this is some of the most highly sensitive and confidential information in Yipit's business." *See* Dkt. 91 at 21.  I presume Yipit is referencing Mr. Pinsky's unsolicited statement in the chat that "most the success their (sic) has come with this consumer package which is ███████████ data." *See* Dkt. 92; Benninger Decl. Ex 2 at Yipit 329.  None of those sources are confidential.  As discussed above, M Science is well aware of what ███ can provide and decided eight months before this chat that it has no use for ██████ data. ████ is a data provider that provides anonymized email receipts from consumers.  M Science licensed and used ██████ until 2021, when Yipit acquired ██████  Yipit has openly promoted its use of ██████ email receipt data, including on its website.  *See* *e.g.* https://www.yipitdata.com/resources/blog/top-five-uses-of-email-receipt-data-for-long-term-investors, and attached as Exhibit D hereto.  Further, Yipit maintains a public website that lists various packages it offers and what is included in each package.  *See* https://coverage-summary.yipitdata.com portions of which are attached hereto as Exhibit C.  The website specifically lists Yipit's ██████████████ package.  *Id.*  The website also lists various products Yipit offers and the companies on which it provides research coverage.  *Id.*  Finally, the fact that Yipit uses ████████ data is not confidential.  In her Declaration, Ms. Meltzer specifically states that Yipit uses ████████ data to support its research products.  *See* Dkt. 9*;* Meltzer Decl. at ¶5.  Yipit also promotes its use of ██████ data (and the other categories of data that it uses) on the homepage of its website.  https://www.yipitdata.com, and attached hereto as Exhibit E and on its coverage webpage https://coverage-summary.yipitdata.com portions of which are attached hereto as Exhibit C.  Furthermore, M Science has been using de-identified ████████ data in its research process for over 15 years, starting years before Yipit's founding.

8.      Later in the message, I asked if any of the salespeople on the chat had learned of Yipit's ███ methodology.  As an initial point, as stated in Mr. Faustini's and Mr. Pinsky's response to the question, no one did.  *See* Dkt. 92; Benninger Decl. Ex 2 at Yipit 328-29.  Secondly, I was not asking anyone to obtain confidential information from Mr. Emmett or anyone else. Rather, M Science's salespeople routinely hear high level information about competitor's research methodologies from clients.  As both Mr. Faustini and Mr. Pinsky noted, Yipit "was not as outspoken about [███ as they are with other methodologies." *See id.* at Yipit 328.  I note that in Ms. Meltzer's Declaration she states that Yipit has prepared a presentation, Yipit ███ Battle Deck, that "includes a detailed breakdown of the differences between Yipit's product and those of its competitors." *See* Dkt. 9; Meltzer Decl. at ¶17(b).  Obviously, Yipit has obtained information about its competitors' ███ methodologies from somewhere.

9.      Moreover, I did not ask about Yipit's ███ methodology due to any desire to use it at M Science.  To the contrary, I was (and remain) concerned that Yipit built its ███ product by stealing M Science's proprietary methodology.  M Science's ███ methodology, which was developed over a decade ago, has long been one of M Science's most sought-after products.  Until last year, Yipit had no competitive product.  However, in 2021, Yipit hired Max Chapados as its Director of Product Development.  Mr. Chapados was a former M Science employee that had spent years working on M Science's telecommunications and handset products and who had familiarity with M Science's proprietary data sourcing and modeling methods.  When I learned that Yipit was launching an ███ product, I was curious to know publicly available information about Yipit's ███ methodology because I wanted to evaluate whether Mr. Chapados used M Science's methodology to assist Yipit in creating its ███ product.

10.     Yipit's third and final fact allegation regarding me is that Mr. Pinsky stated in a Declaration that I asked him to request information from Mr. Emmett about how Yipit packages

some of its products. *See* Dkt. 91 at 19. I deny doing so. To the extent I did ask Mr. Pinsky about

Yipit's products, I would have been seeking publicly available knowledge that he or others on our

sales team may know from prospects, clients or other publicly available sources, not information

from Mr. Emmett. In fact, Yipit maintains a public website that lists various packages it offers

and what is included in each package. *See* https://coverage-summary.yipitdata.com portions of

which are attached hereto as Exhibit C. Without further information regarding this vague

allegation, I cannot respond in more detail.

11.     Yipit argues that I "ratified" Mr. Emmett's disclosure of trade secrets. That is not

true. The only information about Yipit I was aware of that Mr. Emmett shared with any M Science

employee is the May 16, 2024 Teams chat discussed above. I did not address that chat with Mr.

Pinsky or anyone else because the information Mr. Pinsky shared was not confidential to me and

was entirely inconsequential to M Science's business interests. In short, it was a non-event.

12.     Other than as part of this legal dispute, I did not reference or even think about the

May 16, 2024 chat after that date. Further, I never used any of the information provided by Mr.

Emmett (via Mr. Pinsky) in the chat discussed above for any purpose, and have no intention of

using or disseminating any such information in the future. I also do not have access to the chat

and do not intend to review it again other than as needed for this litigation.

13.     Other than the information discussed above, to the best of my knowledge, I did not

receive any other information regarding Yipit's business or clients from Zachary Emmett, either

directly or indirectly through others.

14.     Until Yipit's counsel sent M Science letters in July and August of 2024, I was

unaware that Mr. Emmett had "uploaded" or retained any Yipit lists or documents. In fact, as part

of M Science's onboarding process, Mr. Emmett was required to, and did, attest in writing that he

had not retained any documents or files from his prior employer without authorization. Further, I

have never seen any such lists or documents from Yipit that Mr. Emmett may have retained. I was also unaware of the numerous text messages between Mr. Emmett and others that are referenced in the Motion until after Yipit's counsel made M Science aware of Mr. Emmett's texts with Mr. Pinsky in August of 2024. When I learned of Yipit's allegations I, and other members of M Science's senior management team, quickly decided to take remedial measures to ensure any Yipit business or client information disclosed by Mr. Emmett was identified, returned, and not used by M Science personnel.

15.    Mr. Emmett has not worked for M Science since August of 2024.

16.    Mr. Pinsky has not worked for M Science since October of 2024.

17.    Valentin Roduit has not worked for M Science since October of 2024.

18.    Stephanie Von Der Luft has not worked for M Science since August of 2024.

19.    Natalie Green has not worked for M Science since January of 2025.

I declare under the penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.


Dated: March 6th , 2025

Michael Marrale

# EXHIBIT A

![yipitDATA logo]
FOR INVESTORS    FOR COMPANIES    FOR DATA PARTNERS    RESOURCES    CAREERS

LOGIN

GET STARTED

May 13, 2024

# Bill.com Launch Webcast

Join YipitData's Nick Shields and Grace Kim, on May 21, 2024 at 12:00 PM ET for a deep dive into our newest research product covering BILL.
The team will discuss:

- BILL Standalone TPV Trends
- Backtest and Historical Accuracy
- Potential Future Analyses

Having trouble registering? Please email us at insights@yipitdata.com.



**Register**

First Name*

Last Name*

Company Email*

Company

Mobile

**Register**

## yipit DATA

LOGIN    GET STARTED

**Speakers**





Nick Shields | Product Expert Manager

Grace Kim | Research Analyst

‹  FaraPulse Deep Dive and Cardiac
Ablation Market Insights Webcast

EW and TAVR Market Webcast  ›

## yipit DATA

Your trusted source in data

About

Careers

Insights

Press

Contact Us

Employment Verification

Accessibility

Privacy Notice

CA Notice at Collection

Disclaimer

Do Not Sell or Share My
Personal Information



90 5th Ave,
New York,
NY 10011

YipitData is not a registered investment adviser, and we do not sell any securities. In sharing this information with you, we are not marketing the sale or purchase of securities. Copyright © 2024 YipitData

GET STARTED

LOGIN

FOR INVESTORS    FOR COMPANIES    FOR DATA PARTNERS    RESOURCES    CAREERS

# EXHIBIT B

# G2's Best SaaS Spend Management Software of 2025 - completely free

Ace your vendor renewals and save time and money across your tech stack. Enjoy every feature with no upsells ever.

✓ 100% free forever, seriously

✓ Fully automated vendor visibility

✓ Get onboarded in under 15 minutes

No credit card needed, ever. ★★★★★ 4.8 of 5 **G2 Rating**

   



**Attend a demo within the next week, get a $100 Amazon gift card**

First Name *
Richard

Last Name *
Hendricks

Business Email *
richard@piedpiper.com

Phone *
(###) ###-####

Company *
Pied Piper

Book a demo

Trusted by over 500 Finance, Procurement, and IT teams

    

# Get the best price on software renewals

With SpendHound, you get peace of mind you're getting the best pricing - all with no cost to you. You keep 100% of the savings.



## Automated Insights & Savings

Stop manually updating spreadsheets and view upcoming renewals, underused licenses, and redundant vendors.

Never miss an opt-out period and get ahead on your renewals with automated email and Slack notifications





## Pricing Benchmarks

Discover how your price compares and say goodbye to overpaying with our comprehensive vendor playbooks.



## Negotiation Support

On-demand access (calls, emails, and Slack) with our renewal experts who have negotiated thousands of software renewals.



## Contract Storage

Store all your contracts in one convenient place, not disjointed drives and desktops across your organization

# What our users have to say

 



"What surprised me most is that SpendHound is free—it's rare to find such a valuable tool without a price tag, and it's made a big difference for us."



**Anthony Wakim**
Head of Finance @ Kit



"Before SpendHound, we were in the dark ages—manually tracking contracts with Google Sheets, missing renewal dates, and wasting time."

**Eric Lesser**
CFO @ Sealed



"The setup was smooth an[...]
The platform was easy to [...]
tools, and we were able to [...]
seamlessly."



**James Supple**
Financial Controller [...]

# SpendHound compared to others

There are lots of renewal management tools on the market. Here's how SpendHound stacks up:

| | SpendHound | Vendr, Tropic, Vertice, and other similar platforms |
|---|---|---|
| **Price** | Free | $10,000 - $155,000/yr |
| **Negotiation resources**<br>Buyer guides, playbooks, and negotiation scripts | Free | Starting at $10,000 - $35,000/yr |
| **Pricing benchmarks**<br>Get transparent pricing by knowing what other companies have paid for the same software | Free | Starting at $10,000 - $35,000/yr |
| **Live negotiation support** | | |

On-demand, 1-1 contract reviews via Zoom
and Slack with...

Free

Starting at
$Price $30,000/yr

# Get set up in 15 minutes, not 15 days

Getting started with SpendHound is easier than you think



1. Book a demo

call - no intense sales pitch, SpendHound is free.

G2 just named SpendHound the #1 SaaS Spend Management software of 2025! **Check out the full list on G2**. 🎉   ✕

SPENDHOUND     Home   About   Careers   Case Studies     Sign in

2. Sign up and integrate your ERP

3. Start saving

# FAQs

Have a burning question not mentioned here?
Book a demo using the form above or message us at **info@spendhound.com**

**How does SpendHound make money if it's free?**                    ✕

We operate a give-to-get model, like the model Nielsen uses to calculate TV ratings or Pave uses for compensation benchmarking.

We offer SpendHound for free in exchange for the ability to use the de-identified and aggregated spend data for benchmarking (for you to use!) and market insights.

We're backed by YipitData, who will use the aggregated and de-identified data to write research reports on the performance of public companies and market trends (who is growing, who is shrinking, who is taking market share etc).

**How does SpendHound help save money?**                    ✕

We provide visibility into vendor usage, helping you identify underutilized tools and avoid unnecessary renewals. We also help you negotiate better contracts by leveraging benchmarking data from 100s of other companies.

**Is SpendHound secure?**                    ✕

Yes, we recently earned our SOC 2 Type 2 certification. You can view all of our security practices in our **Vanta trust center**.

**How is SpendHound different from other renewal management tools?**                    ✕

SpendHound is completely, forever free.

We offer features similar to those of paid tools like Vendr, Tropic, and Vertice, but thanks to our business model (mentioned above), we don't need to charge you anything.

**How easy is it to get started with SpendHound?**                    ✕

The process is pretty simple.

1. Request more information above
2. We host a quick 30-min demo to show you around the platform
3. Integration to your ERP takes at most, 15 minutes!

## What tools do you integrate with?                                        ✕

We can integrate with a variety of finance, procurement, and business tools, to streamline your workflow and provide a complete picture of your spend.

At minimum, we need to integrate with your ERP to populate your dashboard. We currently integrate with:

- NetSuite
- QuickBooks Online
- Sage Intacct
- Xero
- Microsoft Dynamics 365 Business Central

# Sign up for the newsletter

Receive benchmarking insights, event invites, product news, and more every other Thursday.

| Your Email | Subscribe |

SPENDHOUND

**Company**

About

Case Studies

Careers

Sign in

**Legal & Security**

Trust Center

Terms of Service

Privacy Notice

Do Not Sell or Share
My Personal Information

**Contact**

90 5th Avenue
11th Floor
New York, NY 10011

# EXHIBIT C

# Coverage Summary

| APAC | MedTech | Consumer Services |
|---|---|---|
| Software | Financial Services | E-commerce |
| Media & Internet | Cloud | Edison Data Feed |
| | Consumer Goods | |

**Our Products**  |  Companies We Cover

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Illinois Tool Works Inc | Li-Ning | Scotts Miracle-Gro Co | AMD | Abbott Laboratories ABT | Abercrombie & Fitch Co | Activision Blizzard Inc | Adobe Inc. ADBE |
| Advance Auto Parts Inc | Affirm AFRM | Airbnb ABNB | Alibaba BABA | Alphabet GOOGL | Amazon Retail AMZN | Amazon Web Services (AWS) | Amer Sports | American Eagle Outfitters Inc | Apple AAPL |
| Asahi Intecc Medical | AtriCure Inc ATRC | Auto Marketplaces AUTO.L, CARG | Auto Trader Group PLC | AutoZone Inc | Avis Budget Group Inc | AxoGen Inc | B&M European Value Retail SA |

BILL.com
BILL

BNPL

Bath & Body Works
Inc

Best Buy Co
Inc

Block
Inc
SQ

Booking Holdings

Boston
Scientific
BSX

Bumble
Inc

Buy Now Pay Later
AFRM, APT.AX, Klarna, PYPL, SZL,
Z1P.AX

Caesars Entertainment
Inc

CarGurus
Inc

CarMax
Inc
KMX

Carter's
Inc

Carvana
CVNA

Cava Group
Inc

Chewy
CHWY

China Brands Cross-Platform
Analysis

China E-commerce Industry
Tracker
BABA, Douyin, JD, Kuaishou (1024.HK)

China Express
Shipping
ZTO

China Food & Beverage and Infant Milk
Formula

China
Hotels
HTHT

China Mobile
Games
NTES, TCEHY

China Short-Form
Video
Douyin, Kuaishou (1024.HK)

Chipotle Mexican Grill
Inc
CMG

Clorox
Co

Cloud
GOOGL, AMZN,
MSFT

Cloud Services Raw & Processed
Data

Coca-Cola
Co

Coinbase
COIN

Comcast
Corporation

Companies focused on generative
AI

Copart
Inc

Coty
Inc

Coupang
CPNG

Crocs
Inc

DDOG

Deckers Outdoor
Corp

Deliveroo
PLC

Delivery
Hero
CPNG, DHER.DE

Dollar General
Corp

Dollar Tree
Inc

Domino's Pizza
Inc

DoorDash
Inc

Douyin Brand
Merchants
Douyin

DraftKings
Inc

Duolingo
DUOL

Ebay
EBAY

Edison Data Feed
Track 2,000+ merchants with next day data
delivery

Edwards
Lifesciences
EW

Elanco Animal Health
Inc

Electronic Arts
Inc

Enterprise Holdings
Inc

Etsy
ETSY

Europe Food
Delivery
ROO.L, DHER.DE, JET.L, UBER

Expedia Group
Inc

Extra Space Storage
Inc

Five Below
Inc

Floor & Decor Holdings
Inc

Flutter Entertainment
PLC

Fortune Brands Innovations
Inc

Freshpet
Inc

Generative
A.I.

GoDaddy
GDDY

Goodyear Tire & Rubber
Co

Google
Cloud

Grab
GRAB

Grubhub

H World Group
Ltd

HOOD

Hanesbrands
Inc

HelloFresh

Hertz Global Holdings
Inc

Home Depot
Inc

Homebuilders
LEN, TOL

HubSpot
HUBS

IAA
Inc

INTU

Inari
Medical
NARI

Industria de Diseño Textil SA
(Inditex)

Inspire Medical Systems
Inc

Instacart
CART

Intel

Intuitive
Surgical
ISRG

JD
Brands
JD

JD.com
JD

Johnson &
Johnson
JNJ

Just Eat
Takeaway.com

KE
Holdings
BEKE

Kenvue
Inc

Kering
SA

Keurig Dr Pepper
Inc

Kingfisher
plc

Klarna Bank
AB

Kuaishou Brand
Merchants
Kuaishou (1024.HK)

L'Oréal
SA

LVMH Moët Hennessy Louis Vuitton
SE

Lennar
Corp

Levi Strauss &
Co

Lowe's Companies
Inc

Lululemon Athletica
Inc
LULU

Lyft
Inc

MDT

MGM Resorts
International

Magazine
Luiza
MGLU

Masco
Corp

Match Group
Inc

McDonald's
Corp
MCD

Mercado
Libre
MELI

Mercari
Mercari
(4385.T)

Merit Medical Systems
Inc
MMSI

Meta
META

Michelin Group

Microsoft Azure

Music Streaming
SPOT

NVIDIA

National Association of Realtors Existing Home Sales

Nestlé SA

Netflix Inc

Nike Inc

Nintendo

On Holding AG

Online Dating
BMBL, MTCH

Online Gambling
CZR, DKNG, FLTR.L, GNOG, PENN, PBH.AX, RSI, WYNN

Opendoor
OPEN

O'Reilly Automotive Inc

PDD Holdings Inc.

Paragon 28 Inc

Paramount Global

PayPal
PYPL

Peloton
PTON

Penumbra
PEN

PepsiCo Inc

Petco Health & Wellness Co Inc

Pinduoduo
PDD

Pinterest
PINS

Pizza Chains
DPZ, PZZA

Planet Fitness
PLNT

Procter & Gamble Co

Public Storage

Purple Innovation Inc

RPM International Inc

Redfin
RDFN

Rental Cars
CAR, HTZ

Restaurant Industry Tracker
BLMN, EAT, CAVA, CAKE, CMG, CBRL, DRI, DIN, DPZ, BROS, MCD, PZZA, PTLO, QSR, SHAK, SBUX, SG, TXRH, WEN, WING, YUM

Ridesharing
LYFT, UBER

Roblox
RBLX

Roku Inc
ROKU

Ross Stores Inc

Salvage Auctions
CPRT, IAA

Sea Limited
SE

Self Storage
EXR, PSA

Semis
AMD, INTC, NVDA

Shein

Shopify
SHOP

Skechers USA Inc

Sonos Inc

Sony Group Corp

Spotify Technology SA
SBUX

Starbucks Corp

Streaming Video
CMCSA, DIS, NFLX, PARA, WBD

Stryker Corp
SYK

TJX Companies Inc

Take-Two Interactive Software Inc

Target
TGT

Tempur Sealy International Inc

Tempur-Pedic International Inc

Temu
TEMU

Tencent Music and NetEase Cloud Music
Cloud Village (9899.HK), TME

Terumo Medical Corporation

Tesla
TSLA

The Gap Inc

The New York Times
NYT

The Walt Disney Company

TikTok
TikTok

Tmall Brands
BABA

Toast
TOST

Tokopedia
Tokopedia

Toll Brothers Inc

Travel OTAs
BKNG, EXPE

U.S. Consumer Feed

U.S. Consumer Spend Insights

U.S. Food Delivery
DASH, JET.L, UBER

U.S. Real Estate (Macro)

U.S. Retail Promotions Tracker

U.S. Video Games
ATVI, EA, TTWO, UBI

U.S. Wage Insights

Uber Technologies Inc

Ulta Beauty Inc
ULTA

Upstart
UPST

VF Corp

Vail Resorts
MTN

Victoria's Secret & Co

Walmart Retail
WMT

Warner Bros. Discovery Inc

Wayfair
W

Waymo LLC

Wellness Pet Co

Whirlpool Corp

Williams-Sonoma Inc

Wingstop Inc

Wix
WIX

ZTO Express (Cayman) Inc

Zalando
ZAL

Zimmer Biomet

Zinus Inc

Zoetis Inc

adidas AG

e.l.f. Beauty Inc

# Coverage Summary

APAC

MedTech

Consumer Services

Software

Financial Services

E-commerce

Media & Internet

Cloud

Edison Data Feed

Consumer Goods

Our Products | Companies We Cover

Abbott Laboratories ABT
Activision Blizzard ATVI
Adobe Inc. ADBE
Advanced Micro Devices AMD
Affirm AFRM
Afterpay APT.AX
Airbnb ABNB
Alibaba BABA
Alphabet GOOGL
Amazon AMZN
Apple AAPL
AtriCure Inc ATRC
Auto Trader AUTO.L
Avis CAR
BILL.com BILL
BevMo!
Beyond Meat BYND
Block SQ
Bloomin' Brands BLMN
Booking Holdings BKNG
Boston Scientific BSX
Brinker International EAT
Bumble BMBL
CAVA CAVA
Caesars Entertainment CZR
CarGurus CARG
CarMax KMX
Carvana CVNA
Cheesecake Factory CAKE
Chewy CHWY
Chipotle Mexican Grill CMG
Cloud Village Cloud Village (9899.HK)
Coinbase COIN
Comcast CMCSA
Copart CPRT
Coupang CPNG



Coupang Eats
CPNG

Cracker Barrel
CBRL

Darden Restaurants
DRI

Deliveroo
ROO.L

Delivery Hero
DHER.DE

Dine Brands
DIN

Disney
DIS

Domino's Pizza
DPZ

DoorDash
DASH

Douyin

DraftKings
DKNG

Drizly

Duolingo
DUOL

Dutch Bros
BROS

Ebay
EBAY

Edwards Lifesciences
EW

Electronic Arts
EA

Etsy
ETSY

Expedia
EXPE

Extra Space Storage
EXR

Flutter Entertainment
FLTR.L

Getir

GoDaddy
GDDY

Golden Nugget Online
GNOG

Gorillas

Grab
GRAB

Great Value

Great Value

H&M
H&M (HM-B.ST)

HelloFresh
HFG.F

Hertz
HTZ

Huazhu Group
HTHT

HubSpot
HUBS

IAA Inc
IAA

Inari Medical
NARI

Inditex
Zara (ITX.MC)

Instacart
CART

Intel Corporation
INTC

Intuitive Surgical
ISRG

JD.com
JD

Johnson & Johnson
JNJ

Just Eat Takeaway
JET.L

KE Holdings
BEKE

Kirkland Signature

Klarna

Kroger
KR

Kuaishou
Kuaishou (1024.HK)

Lennar
LEN

Lululemon
LULU

Lyft
LYFT

Magazine Luiza
MGLU

Match
MTCH

McDonald's
MCD

Mercado Libre
MELI

Mercari
Mercari (4385.T)

Merit Medical Systems Inc
MMSI

Meta
META

Microsoft
MSFT

NetEase
NTES

Netflix
NFLX

Nvidia Corporation
NVDA

Opendoor
OPEN

Papa John's
PZZA

PayPal
PYPL

Peloton
PTON

Penn National Gaming
PENN

Penumbra
PEN

Pinduoduo
PDD

Pinterest
PINS

Planet Fitness
PLNT

Pointsbet Holdings
PBH.AX

Portillo's
PTLO

Public Storage
PSA

Redfin
RDFN

Restaurant Brands International
QSR

Roblox
RBLX

Roku
ROKU

Rush Street Interactive
RSI

Sea Limited
SE

Sezzle
SZL

Shake Shack
SHAK

Shein

Shockwave
SWAV

Shopify
SHOP

Spotify
SPOT

Starbucks
SBUX

Stryker Corp
SYK

Sweetgreen
SG

Take-Two Interactive Software
TTWO

Target
TGT

Temu
TEMU

Tencent
TCEHY

Tencent Music
TME

Tesla
TSLA

Texas Roadhouse
TXRH

The New York Times
NYT

TikTok

Toast
TOST

Tokopedia

Toll Brothers
TOL

Track +50,000 Brands and +400 Tickers across the U.S. Consumer Landscape

Track 2,000+ merchants with next day data delivery

Uber
UBER

Ubisoft
UBI

Ulta
ULTA

Upstart
UPST

Vail Resorts
MTN

Viacom CBS
PARA

Walmart
WMT

Warner Brothers
WBD

Wayfair
W

Wendys
WEN

Wingstop
WING

Wix
WIX

Wynn Resorts
WYNN

Yum! Brands
YUM

ZTO Express Shipping
ZTO

Zalando
ZAL

Zimmer Biomet
ZBH

Zip
Z1P.AX

fuboTV
FUBO

# APAC

The APAC package delivers recurring, timely, and in-depth research and data-driven insights for companies operating across E-commerce, Internet, and Consumer sectors in Asia, with detailed coverage of both China and Asia Ex-China markets.

| | | |
|---|---|---|
| **BABA** | **Asahi Intecc Medical** | **China Express Shipping** |
| **China Food & Beverage and Infant Milk Formula** | **China Mobile Games** | **China Short-Form Video** |
| **CPNG** | **Delivery Hero** | **GRAB** |
| **H World Group Ltd** | **JD** | **Kuaishou Brand Merchants** |
| **Mercari (4385.T)** | **PDD Holdings Inc.** | **PDD** |
| **SE** | **Shein** | **TEMU** |
| **Tencent Music and NetEase Cloud Music** | **Terumo Medical Corporation** | **TikTok** |
| **Tmall Brands** | **Tokopedia** | **ZTO Express (Cayman) Inc** |

**Our Products**    **Companies We Cover**

search...

# Coverage Summary

## MedTech

The MedTech Package delivers unparalleled insights across 21+ MedTech tickers with in-depth analyses and market share tracking. Leveraging exclusive datasets and timely research, this package provides product-level granularity, segment-level visibility, and key metrics for understanding U.S. hospital purchase dynamics and market trends.

| | | |
|---|---|---|
| ABT | ATRC | AxoGen Inc |
| BSX | EW | NARI |
| Inspire Medical Systems Inc | ISRG | JNJ |
| MDT | MMSI | Paragon 28 Inc |
| PEN | SYK | ZBH |

Consumer Goods

Our Products    Companies We Cover

# Consumer Services

The Consumer Services Package delivers actionable intelligence on Food & Grocery Delivery, Ridesharing, Online Travel, Leisure, Auto Retailers & Services, and Real Estate. Through robust datasets and in-depth research, we provide top-line metrics and granular visibility into the drivers shaping these industries. This package integrates diverse data sources, including webscraped data, email receipts, credit card panels, and app usage data, offering unparalleled insights for decision-making.

| | | |
|---|---|---|
| **ABNB** | **Auto Trader Group PLC** | **Avis Budget Group Inc** |
| **Booking Holdings Inc** | **Caesars Entertainment Inc** | **CarGurus Inc** |
| **KMX** | **CVNA** | **Copart Inc** |
| **Deliveroo PLC** | **DoorDash Inc** | **DraftKings Inc** |
| **Enterprise Holdings Inc** | **Expedia Group Inc** | **Extra Space Storage Inc** |
| **Flutter Entertainment PLC** | **Grubhub** | **HFG.F** |
| **Hertz Global Holdings Inc** | **IAA Inc** | **CART** |
| **Just Eat Takeaway.com** | **Lennar Corp** | **Lyft Inc** |
| **MGM Resorts International** | **National Association of Realtors Existing Home Sales** | **OPEN** |
| **PTON** | **PLNT** | **Public Storage** |
| **RDFN** | **TSLA** | **Toll Brothers Inc** |
| **Uber Technologies Inc** | **MTN** | **Waymo LLC** |

search....

# Coverage Summary

## Software

The Software Package delivers comprehensive insights into key performance indicators (KPIs), granular drivers, and market dynamics across the software sector. Leveraging diverse datasets, including proprietary Spendhound data, this package offers unparalleled visibility into software adoption, spending trends, and competitive positioning.

| | | |
|---|---|---|
| **ADBE** | **BILL** | **Companies focused on generative AI** |
| **DDOG** | **GDDY** | **HUBS** |
| **INTU** | **WIX** | |

**Media & Internet**          **Cloud**          **Edison Data Feed**

**Consumer Goods**

Our Products          Companies We Cover

Search...

# Coverage Summary

## Financial Services

The Financial Services Package provides comprehensive insights into key performance indicators (KPIs), granular drivers, and market dynamics across the financial technology sector. Leveraging diverse datasets, this package offers unique visibility into payment trends, credit activity, and fintech adoption patterns.

| | | |
|---|---|---|
| **AFRM** | **BNPL** | **SQ** |
| **COIN** | **HOOD** | **Klarna Bank AB** |
| **PYPL** | **TOST** | **UPST** |

Media & Internet

Cloud

Edison Data Feed

Consumer Goods

Our Products    Companies We Cover

search...

# Coverage Summary

## E-commerce

The E-commerce Package delivers regular research and data insights covering KPI tracking, granular drivers, and market dynamics for leading companies in the E-commerce sector. Leveraging a diverse range of datasets, including webscraped data, email and consumer receipt data, multiple credit card panels, and app usage data, this package offers a comprehensive view of the evolving E-commerce landscape.

| | | |
|---|---|---|
| **Amazon Retail** | **CHWY** | **EBAY** |
| **ETSY** | **MGLU** | **MELI** |
| **SHOP** | **W** | |

**Consumer Goods**

Our Products    Companies We Cover

# Media & Internet

The Media & Internet Package delivers regular research and data insights covering KPI tracking, granular drivers, and market dynamics for leading companies in the Media and Internet sector. Utilizing diverse datasets—including webscraped data, email receipt data, clickstream data, ad spend data, multiple credit card panels, and app usage data—this package provides unparalleled visibility into the performance and trends shaping the industry.

| | | |
|---|---|---|
| **Activision Blizzard Inc** | **GOOGL** | **AAPL** |
| **Bumble Inc** | **Comcast Corporation** | **DUOL** |
| **Electronic Arts Inc** | **Match Group Inc** | **META** |
| **Netflix Inc** | **Paramount Global** | **PINS** |
| **RBLX** | **ROKU** | **Spotify Technology SA** |
| **Take-Two Interactive Software Inc** | **NYT** | **The Walt Disney Company** |
| **Warner Bros. Discovery Inc** | | |

Consumer Goods

Our Products    Companies We Cover

search...

Coverage Summary

## Cloud

The Cloud Package delivers recurring research and data insights, offering comprehensive visibility into KPI tracking, granular growth drivers, and market dynamics for companies in the hyperscale Cloud sector. Powered by our exclusive cloud dataset—featuring billions of rows and of customer spend—this package provides detailed coverage of metrics like revenue, customer spending, usage levels, discounting, and pricing, to monitor the performance of cloud service providers and hyperscaler market share for select semiconductor companies. Additionally, our quarterly Spot Instance Report leverages web-scraped data to track compute pricing, discounting trends, and compute availability with an emphasis on GPUs in the cloud.

| | | |
|---|---|---|
| **AMD** | **Amazon Web Services (AWS)** | **Google Cloud** |
| **Intel** | **Microsoft Azure** | **NVIDIA** |

**Consumer Goods**

Our Products     Companies We Cover

# Coverage Summary

APAC

**Edison Data Feed**

Edison
Data Feed

Consumer Services

Software

E-commerce

Media & Internet

Cloud

Edison Data Feed

Consumer Goods

Our Products     Companies We Cover

# Consumer Goods

The Consumer Goods Package provides unparalleled visibility into brand and retailer performance through top-line estimates, sell-through analysis, and category-level insights. Covering over 50,000 brands mapped to more than 500 public tickers, this package integrates diverse datasets to deliver actionable intelligence across 20+ key retailers, spanning both in-store and online channels.

| | | |
|---|---|---|
| Illinois Tool Works Inc | Abercrombie & Fitch Co | Advance Auto Parts Inc |
| Amer Sports | American Eagle Outfitters Inc | AutoZone Inc |
| B&M European Value Retail SA | Bath & Body Works Inc | Best Buy Co Inc |
| Carter's Inc | Cava Group Inc | CMG |
| Clorox Co | Coca-Cola Co | Coty Inc |
| Crocs Inc | Deckers Outdoor Corp | Dollar General Corp |
| Dollar Tree Inc | Domino's Pizza Inc | Elanco Animal Health Inc |
| Five Below Inc | Floor & Decor Holdings Inc | Fortune Brands Innovations Inc |
| Freshpet Inc | Goodyear Tire & Rubber Co | Hanesbrands Inc |
| Home Depot Inc | Industria de Diseño Textil SA (Inditex) | Kenvue Inc |
| Kering SA | Keurig Dr Pepper Inc | Kingfisher plc |
| L'Oréal SA | LVMH Moët Hennessy Louis Vuitton SE | Levi Strauss & Co |
| Lowe's Companies Inc | LULU | Masco Corp |
| MCD | Michelin Group | Nestlé SA |
| Nike Inc | Nintendo | On Holding AG |

| | | |
|---|---|---|
| Carter's Inc | Cava Group Inc | CMG |
| Clorox Co | Coca-Cola Co | Coty Inc |
| Crocs Inc | Deckers Outdoor Corp | Dollar General Corp |
| Dollar Tree Inc | Domino's Pizza Inc | Elanco Animal Health Inc |
| Five Below Inc | Floor & Decor Holdings Inc | Fortune Brands Innovations Inc |
| Freshpet Inc | Goodyear Tire & Rubber Co | Hanesbrands Inc |
| Home Depot Inc | Industria de Diseño Textil SA (Inditex) | Kenvue Inc |
| Kering SA | Keurig Dr Pepper Inc | Kingfisher plc |
| L'Oréal SA | LVMH Moët Hennessy Louis Vuitton SE | Levi Strauss & Co |
| Lowe's Companies Inc | LULU | Masco Corp |
| MCD | Michelin Group | Nestlé SA |
| Nike Inc | Nintendo | On Holding AG |
| O'Reilly Automotive Inc | PepsiCo Inc | Petco Health & Wellness Co Inc |
| Procter & Gamble Co | Purple Innovation Inc | RPM International Inc |
| ROKU | Ross Stores Inc | Skechers USA Inc |
| Sonos Inc | Sony Group Corp | SBUX |
| TJX Companies Inc | TGT | Tempur Sealy International Inc |
| Tempur-Pedic International Inc | The Gap Inc | ULTA |
| VF Corp | Victoria's Secret & Co | WMT |
| Wellness Pet Co | Whirlpool Corp | Williams-Sonoma Inc |
| Wingstop Inc | ZAL | Zinus Inc |

# EXHIBIT D

Oct 12, 2023

# Top Five Uses of Email Receipt Data for Long-Term Investors

### Why email receipt data?

Email receipt data is often the most helpful type of alternative data for long-term investors. It offers unparalleled granularity, usually down to the item level, and the ability to track users through their entire customer lifecycle. This type of analysis is key to supporting the deepest investment thesis.

### What is email receipt data?

Generated from access to a panel of de-identified / pseudonymized user inboxes - our first-party Edison email receipt panel is composed of over 1 million users. Once in the panel, a user's historical purchases can be accessed, as well as any future purchases while that user remains in the panel. The data can be parsed at order level - inclusive of details such as order total, tax, and discounts, but can also be broken down into the items that comprise an order, with item names, prices and quantities.

### How are long-term investors currently using email receipt data?

Email receipt data produces the deepest and most differentiated analysis for long-term investors. Key use cases include:

- **Cohort Analysis**  - Customers can be partitioned into cohorts using first purchase dates and other metrics, and then followed through their entire life cycle across metrics like retention and spend. Long-term investors use this data to compare cohort quality over time and model customer lifetime value.

- **Basket Size and Pricing** - Companies often disclose average order values, but offer limited information on their drivers. Email receipt data can decompose the drivers of AOV and give insights into whether customers are building larger baskets or if pricing and/or mix shifts are the key drivers.

- **Competition** - User purchasing behaviors can be observed over a number of different merchants, offering insights on cross shop and share shifts in real time.

- **Strategic Initiative Tracking** - Item level granularity gives the opportunity to track sales and attach rates of key products or services. User demographics data can also validate management efforts to capture additional addressable markets across age, gender, and incomes.

- **Promotions and Loyalty Tracking** - Order level discounts, and in certain cases participation in loyalty programs, can be parsed from email receipts, answering key questions on promotional intensity and customer stickiness.

The versatility to cover a number of narratives,  ranging from unit economics to competition, make this data incremental to any long term investment process. To learn more about how YipitData is helping long-term investors, click here.



‹ 3Q23 Home Goods Market Share Index: Pure Players

How to Optimize Pricing Strategy with Data ›



Your trusted source in data

90 5th Ave,
11th FL New York,
NY 10011

About

Careers

Insights

Press

Contact Us

Employment Verification

Accessibility

Privacy Notice

CA Notice at Collection

Disclaimer

Do Not Sell or Share My Personal Information

YipitData is not a registered investment adviser, and we do not sell any securities. In sharing this information with you, we are not marketing the sale or purchase of securities. Copyright © 2024 YipitData

# EXHIBIT E

We analyze billions of data points every day to provide accurate, timely insights on 1,000+ companies

Speak to Our Team

TRUSTED BY








# Have Confidence in Actionable Data

We answer key questions on companies to help investors make smarter decisions and help companies to increase share, sales, and customers



YipitData Estimates
Reported Revenue
Industry Estimates

## Unmatched
## Accuracy

10 years of experience combined with large sample sizes create scale for unmatched accuracy

Near **Real-Time** data delivery ▾

**Transparent** methodologies and sample sizes ▾

YOUR SINGLE SOURCE OF TRUTH

# The YipitData Difference

yipit DATA

FOR INVESTORS    FOR COMPANIES    FOR DATA PARTNERS    RESOURCES    CAREERS

LOGIN

GET STARTED



ʸ indicates proprietary data source or proprietary methodology

**RECEIPT DATA**

Item and category level data for retailers and brands

**CARD DATA**

Full order level retailer coverage supported by robust sample

**WEB DATA**

Cutting-edge web data collected from numerous sites across industries

**PUBLIC EARNINGS**

Results calibrated to company-reported earnings through transparent self-audits

**40+ DATASETS**

Ongoing acquisition of diverse datasets for maximum client value

yipit DATA

**Accurate Data You Can Trust**

# In Depth Views on Business Performance

**Investors**    **Companies**



Gain transparency into the building blocks of company performance with access to accurate timely data in the format that best suits your process.

**See Our Coverage →**



**Research & Analysis**
Get detailed analysis from top-line to in-depth business performance.



**Dashboards**
View KPIs and granular datasets through our platform of dashboards.



**Data Feeds**
Gain access to the underlying data feeds that power YipitData.

# Largest & Most Trusted Data Partner

We provide funds and companies with the data they need to make decisions

## 2000+

## 500+



**BACKED BY THE BEST**

# Carlyle Group Leads 475M Series E

YipitData announced a Series E funding round, led by global investment firm Carlyle (NASDAQ: CG). YipitData has gained rapid momentum among institutional investors and corporations with its highly accurate, detailed research

Read More

# Need a data partner you trust?

Speak to Our Team



Your trusted source in data
90 5th Ave,
11th FL New York,
NY 10011

About
Careers
Insights
Press
Contact Us
Employment Verification

Accessibility
Privacy Notice
CA Notice at Collection
Disclaimer
Do Not Sell or Share My Personal Information



YipitData is not a registered investment adviser, and we do not sell any securities. In sharing this information with you, we are not marketing the sale or purchase of securities. Copyright © 2024 YipitData