# Buchanan

**Andrew J. Shapren**
215 665 3853
Andrew.Shapren@bipc.com

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
T 215 665 8700
F 215 665 8760

March 10, 2025

The Clerk is directed to restrict electronic access to ECF No. 145 to the parties, except Zachary Emmett, and the Court only.

So ordered.
/s/ John G. Koeltl
3/11/25  U.S.D.J.

**VIA CM/ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   **Yipit LLC d/b/a YipitData v. Emmett et al; 1:24-cv-07854 (JGK)(RFT)**

Dear Judge Koeltl:

We represent M Science and Michael Marrale in the above matter. Last Friday, we filed papers on behalf of our clients in opposition to Yipit's preliminary injunction motion. In doing so, we filed both public/redacted documents and documents that were filed under seal, along with a letter motion for the sealing itself. This morning, Your Honor granted the letter motion to seal (*see* Doc. No. 153, so-ordering our letter motion).

We realized this afternoon that we inadvertently failed to apply a redaction to a reference in Doc. No. 145 that we intended to redact. Accordingly, we ask the Court to change the visibility of Doc. No. 145 to be "Selected Parties," so that it is no longer publicly available, and is only available to the parties with the exception of Defendant Zachary Emmett, who is pro se. We intend to make a corrected publicly available filing of that document as soon as possible.

We apologize for the inconvenience, and thank the Court for its attention to this matter.

Respectfully yours,

/s/ Andrew J. Shapren

Andrew J. Shapren