Akin Gump Strauss Hauer & Feld LLP
1999 Avenue of the Stars
Suite 600
Los Angeles, CA 90067

T  +1 310.229.1000
F  +1 310.229.1001
akingump.com



**Laura Danielle Smolowe**
+1 310.229.1040/fax: +1 310.229.1001
lsmolowe@akingump.com

March 31, 2025

**VIA ECF**

The Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

     Re:    <u>*Yipit, LLC d/b/a YipitData v. Emmett et al.*, **1:24-cv-07854 (JGK) (RFT)**</u>

Dear Judge Koeltl:

    We represent plaintiff Yipit, LLC d/b/a YipitData ("Yipit") in the above-captioned matter and write jointly on behalf of Yipit, Defendant Zachary Emmett ("Emmett") and Defendant Alexander Pinsky ("Pinsky") to provide a further status update following the Court's Order dated February 28, 2025 (Dkt. 128), which granted a continuation of the stay of all case deadlines as to those two defendants (which include the deadline to respond to Yipit's second amended complaint) through March 31, 2025.

    We write with the permission of counsel for Messrs. Emmett and Pinsky and respectfully jointly request an additional continuance of the case deadlines as to Defendants Emmett and Pinsky, until Tuesday, April 15, 2025, to allow the parties a final two weeks to discuss whether a potential resolution is possible as to these two defendants. Should these parties not resolve the matter as to Messrs. Emmett and Pinsky by that point, Yipit will proceed with litigation and at that time, will request that the Court reset the date for the preliminary injunction hearing involving Defendants Emmett and Pinsky (which is fully briefed).

    We thank the Court for its patience and consideration.

                                      Respectfully submitted,

                                      Laura D. Smolowe

cc: All Counsel (*via ECF*)