Akin Gump Strauss Hauer & Feld LLP
1999 Avenue of the Stars
Suite 600
Los Angeles, CA 90067

T +1 310.229.1000
F +1 310.229.1001
akingump.com

# Akin

Laura Danielle Smolowe
+1 310.229.1040/fax: +1 310.229.1001
lsmolowe@akingump.com

April 1, 2025

**APPLICATION GRANTED**
**SO ORDERED**

*/s/ John G. Koeltl, U.S.D.J.*
4/2/25

**VIA ECF**

The Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Yipit, LLC d/b/a YipitData v. Emmett et al.*, 1:24-cv-07854 (JGK) (RFT)

Dear Judge Koeltl:

We represent plaintiff Yipit, LLC d/b/a YipitData ("Yipit") in the above-captioned matter. We write to inform the Court that Yipit's counsel intends to promptly submit responses to the letters that Defendants M Science and Michael Marrale filed yesterday requesting that the Court schedule a pre-motion conference in anticipation of filing motions to dismiss certain claims (Dkt. No. 173 and Dkt. No. 175).

If convenient for the Court, Plaintiff intends to file its response letters by this Friday, April 4, 2025.

We appreciate the Court's time and consideration.

Respectfully submitted,

Laura D. Smolowe

cc: All Counsel (*via ECF*)