UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YIPIT LLC D/B/A YIPITDATA,

        Plaintiff,

- against -

ZACHARY EMMETT, ET AL.,

        Defendants.

---

24-cv-7854 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Oral argument on the plaintiff's proposed order to show cause (ECF No. 89) is adjourned to **Thursday, April 24, 2025**, at **3:00 p.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

At the same conference, the Court will address the requests by defendants Michael Marrale and M Science LLC to file motions to dismiss.

SO ORDERED.

Dated:    New York, New York
           April 2, 2025

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge