UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YIPIT LLC D/B/A YIPITDATA,

        Plaintiff,

- against -

ZACHARY EMMETT, ET AL.,

        Defendants.

---

24-cv-7854 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The oral argument and pre-motion conference is adjourned from April 24, 2025 at 3:00 p.m. to **Wednesday, May 7, 2025** at **11:00 a.m.**, in Courtroom 14A, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.

Dated:    New York, New York
            April 4, 2025

                                            John G. Koeltl
                                      United States District Judge