```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

YIPIT LLC D/B/A YIPITDATA,

            Plaintiff,

    - against -

ZACHARY EMMETT, ET AL.,

            Defendants.

-----------------------------------------

24-cv-7854 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The defendant Alexander Pinsky has submitted two requests for a pre-motion conference. ECF Nos. 197 & 198. The requests will be heard, together with all other pending requests, at the oral argument and pre-motion conference on Wednesday, May 7, 2025 at 11:00 a.m. Any pending deadlines for the defendants to respond to the Second Amended Complaint are adjourned to a date to be set at the May 7, 2025 conference.

    The plaintiff Yipit LLC d/b/a/ YipitData has indicated that it intends to file a response letter to Pinsky's pre-motion conference request by April 22, 2025. ECF No. 199. Yipit may file a brief response by that date.

     The Clerk is directed to close ECF Nos. 197, 198, and 199.

SO ORDERED.

Dated:    New York, New York
           April 16, 2025

                                              _____
                                                 John G. Koeltl
                                           **United States District Judge**