```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

YIPIT LLC D/B/A YIPITDATA,

        Plaintiff,

- against -

ZACHARY EMMETT, ET AL.,

        Defendants.

---

24-cv-7854 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants Alexander Pinsky, Michael Marrale, and M Science LLC may each file motions to dismiss by **June 6, 2025**. The time for the plaintiff to respond to each motion is **June 27, 2025**. The time for each moving defendant to reply is **July 10, 2025**.

    Pinsky also wishes to file a motion to approve the previously submitted stipulated judgment and permanent injunction. Pinsky may file such a motion by **May 23, 2025**. The time for any responses or objections is **May 30, 2025**. Pinsky may reply to any responses or objections by **June 4, 2025**.

SO ORDERED.

Dated:    New York, New York
            May 7, 2025

                                                /s/ John G. Koeltl
                                             John G. Koeltl
                                    United States District Judge