UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YIPIT LLC D/B/A YIPITDATA,

                    Plaintiff,

           - against -

ZACHARY EMMETT, ET AL.,

                    Defendants.

---

24-cv-7854 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For the reasons explained at today's hearing, the plaintiff's request for a preliminary injunction against the defendants M Science LLC and Michael Marrale is **denied**, and the plaintiff's request for a preliminary injunction against the defendant Valentin Roduit is **denied as moot**.

SO ORDERED.

Dated:    New York, New York
          May 8, 2025

                              John G. Koeltl
                              United States District Judge