```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――――

**YIPIT LLC D/B/A YIPITDATA,**

        **Plaintiff,**

    - against –

**ZACHARY EMMETT, ET AL.,**

        **Defendants.**

―――――――――――――――――――――――――――――――――

**24-cv-7854 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The defendant Alexander Pinsky may file a motion to approve the new consent judgment without a pre-motion conference. The defendants M Science and Michael Marrale have requested time to respond; however, such a response is unnecessary.

    Pinsky's motion to approve the new consent judgment should be filed by **June 3, 2025**. Any response is due by **June 13, 2025**. Any reply is due by **June 18, 2025**.

    The time to file a motion to approve the original proposed judgment is **stayed.**

    The Clerk is directed to close ECF No. 232.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **May 23, 2025**

                                         /s/ John G. Koeltl
                                        **John G. Koeltl**
                           **United States District Judge**