UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yipit LLC d/b/a YipitData,<br><br>                    Plaintiff,<br><br>   -against-<br>Emmett, et al.,<br><br>                    Defendants. | 24-CV-07854 (JGK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    A telephonic conference is scheduled for **Thursday, June 5, 2025 at 11:00 a.m.** The parties should be prepared to discuss Plaintiff's letter [ECF 236]. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 697 149 127#.

DATED: May 27, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge