UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YIPIT, LLC d/b/a YipitData,<br><br>      Plaintiff,<br><br>    v.<br><br>ZACHARY EMMETT, ALEXANDER PINSKY, VALENTIN RODUIT, MICHAEL MARRALE, M SCIENCE LLC, and JOHN DOES 1-10,<br><br>      Defendants. | Case No. 24 Civ. 7854(JGK)(RFT)<br><br>ECF Case |

**NOTICE OF MOTION**

  **PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law in Support of Defendant Alexander Pinsky's Motion to Approve a Consent Judgment and the Declaration of James Halter and exhibits thereto, and upon all pleadings and prior proceedings herein, Defendant Alexander Pinsky will move this Court before the Honorable John G, Koeltl, U.S.D.J., United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at such time as may be designated by the Court, for an order approving a Consent Judgment between Plaintiff and Defendant Alexander Pinsky, and for all other relief that this Court deems just and proper.

Dated: New York, New York
June 3, 2025

                                            Respectfully submitted,
                                            RASCO KLOCK LLC

                                          By: _____
                                                Blaine H. Bortnick
                                                James Halter
                                          260 Madison Avenue, 16th Floor
                                          New York, New York 10016
                                          Telephone:     (646) 970-4770
                                          jhalter@rascoklock.com
                                          bbortnick@rascoklock.com
                                          *Attorneys for Defendant Alexander Pinsky*