```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

YIPIT LLC D/B/A YIPITDATA,

          Plaintiff,        24-cv-7854 (JGK)

- against -        ORDER

ZACHARY EMMETT, ET AL.,

          Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendant Alexander Pinsky is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to approve consent judgment (ECF No. 240).

SO ORDERED.

Dated:    New York, New York
          June 21, 2025

                                _____
                                    John G. Koeltl
                              United States District Judge