UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YIPIT LLC D/B/A YIPITDATA,

        Plaintiff,

- against -

ZACHARY EMMETT, ET AL.,

        Defendants.

---

24-cv-7854 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a pre-motion conference on **Wednesday, July 16, 2025, at 12:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
            July 9, 2025

                                        John G. Koeltl
                                  United States District Judge