UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YIPIT LLC D/B/A YIPITDATA,

                    Plaintiff,                    24-cv-7854 (JGK)

                                                  ORDER

        - against -

ZACHARY EMMETT, ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    At the conference scheduled for Wednesday, July 16, 2025,

at 12:00 p.m., the Court will also consider Mr. Pinsky's motion

to approve a consent judgment. See ECF No. 240.

SO ORDERED.

Dated:    New York, New York
          July 11, 2025

                                    _____
                                            John G. Koeltl
                                    United States District Judge