# Buchanan

**Andrew J. Shapren**
215 665 3853
andrew.shapren@bipc.com

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555

T 215 665 8700
F 215 665 8760

July 14, 2025

*Conference adjourned to July 24, 2025 at 4:30pm. So ordered.*

*/s/ J. Koeltl*
*7/14/25   U.S.D.J.*

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   **Yipit LLC d/b/a Yipit Data v. Emmett, et al., 24-cv-07854 (JGK)(RFT)**

Dear Judge Koeltl:

We represent Defendants M Science LLC and Michael Marrale (the "M Science Parties") in the above-captioned matter. We are in receipt of the Court's order setting a pre-motion conference on July 16, 2025.

We write pursuant to Your Honor's Individual Rule 1(C) to seek a continuance of the July 16, 2025 conference because the M Science Parties' lead counsel is unavailable on that date. The M Science Parties have conferred with counsel for all parties and have confirmed there is no objection to this continuance request.

The M Science Parties respectfully request that the Court reschedule the July 16, 2025 conference to occur on or after July 24, 2025. This is the first request for a continuance of the July 16, 2025 conference date. We appreciate the Court's time and attention to this request and are available to discuss it further at the Court's convenience.

Thank you for your attention to this matter.

Respectfully Submitted,

*/s/ Andrew J. Shapren*

Andrew J. Shapren

cc: All Counsel of Record