UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YIPIT LLC D/B/A YIPITDATA,

                Plaintiff,

   - against -

ZACHARY EMMETT, ET AL.,

                Defendants.

24-cv-7854 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    Defendant M Science should file its motion to dismiss the counterclaim for indemnification asserted by Defendant Pinsky by **August 8, 2025**. Pinsky should respond by **August 22, 2025**. **M Science** should reply by **September 3, 2025**.

SO ORDERED.

Dated:    New York, New York
            July 24, 2025

                                            John G. Koeltl
                                    United States District Judge