UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YIPIT LLC D/B/A YIPITDATA,

        Plaintiff,

- against -

ZACHARY EMMETT, ET AL.,

        Defendants.

24-cv-7854 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

Plaintiff Yipit LLC and Defendant Alexander Pinsky are directed to file a signed copy of the consent judgment by **August 1, 2025**.

SO ORDERED.

Dated:    New York, New York
            July 25, 2025

                                            John G. Koeltl
                                       United States District Judge