UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yipit LLC d/b/a YipitData,<br><br>                  Plaintiff,<br><br>   -against-<br>Zachary Emmett, et al.,<br><br>                  Defendants. | 24-CV-07854 (JGK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      On July 24, 2025, Plaintiff's counsel called my chambers to request clarification about which of my individual rules apply to Plaintiff's July 18, 2025 letter-motion to compel discovery (ECF 289). My rules do not require Plaintiff to reply to Defendants' response to the letter-motion, see Individual Rule III(B), but if Plaintiff wishes to file a reply, it may do so by **8:00 AM on July 28, 2025**.

      A telephonic conference to address ECF 289 is scheduled for 11:00 AM on July 28, 2025. (See ECF 290, Sched. Order.)

DATED:  July 25, 2025
             New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge