UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Yipit LLC d/b/a YipitData, | |
|---|---|
| Plaintiff, | 24cv07854 (JGK) (RFT) |
| -against- | |
| Zachary Emmett, | **ORDER** |
| Defendant. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference on July 28, 2025, Yippit's motion to compel discovery (ECF 289) is **GRANTED IN PART**, in that M Science is ORDERED to promptly provide Yippit with the following information about the scope of the internal investigation: the names of employees who were interviewed, the documentary and data sources that were searched, and the search terms that were used. By providing this information. M Science does not waive the attorney client privilege, work product protections, or any other applicable privilege or protection from production. The motion is otherwise **DENIED IN PART**, without prejudice to Yippit's renewing the motion if appropriate.

The Clerk of Court is respectfully requested to terminate ECF 289.

DATED: July 28, 2025
New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge