Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T  +1 212.872.1000
F  +1 212.872.1002
akingump.com



**Kaitlyn A. Tongalson**
+1 212.872.8106/fax: +1 212.872.1002
ktongalson@akingump.com

July 29, 2025

**VIA ELECTRONIC COURT FILING**

The Honorable Robyn F. Tarnofsky
United States District Court Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    *Yipit, LLC d/b/a YipitData v. Emmett et al.*, **1:24-cv-07854 (JFK) (RFT)**

Dear Judge Tarnofsky:

    We represent Plaintiff Yipit, LLC d/b/a YipitData ("Yipit") in the above-captioned matter. With apologies, we write to advise the Court that counsel for Yipit has a conflict on Monday, August 4, 2025, when the Court set the telephonic conference (Dkt No. 305) to discuss Defendant M Science's letter motion to compel. (Dkt. No. 299.)

    Yipit respectfully requests that the Court reschedule the telephonic conference for any other day the week of August 4, 2025 that is suitable to the Court. We appreciate the Court's time and attention to this request and are available to discuss it further at the Court's convenience.

                              Respectfully submitted,

                              */s/ Kaitlyn A. Tongalson*

                              Kaitlyn A. Tongalson

cc: All Counsel (*via ECF*)

**Plaintiff's letter motion to adjourn the conference scheduled for August 4, 2025 is granted. The telephonic conference is rescheduled to August 5, 2025 at 11:00 a.m. The parties should be prepared to discuss Defendant M Science's letter motion at ECF 299. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 842 787 61#.**

**The Clerk of Court is respectfully requested to terminate ECF 306.**
**Date: July 30, 2025**
**New York, NY**

SO ORDERED
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE