# Buchanan

**Andrew J. Shapren**
215 665 3853
Andrew.shapren@bipc.com

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102-2555
T 215 665 8700
F 215 665 8760

August 1, 2025

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Application granted.**

**Date: August 1, 2025**
**New York, NY**

SO ORDERED
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

   **Re**:   *Yipit LLC d/b/a YipitData v. Emmett et al.; 1:24-cv-07854 (JGK)(RFT)*

Dear Judge Tarnofsky:

   We represent Defendant M Science LLC ("M Science") in the above captioned matter. We write to request that the Court provide M Science until Thursday August 7, 2025 to file an opposition to the letter motion to compel filed by Plaintiff Yipit, LLC ("Yipit") dated July 31, 2025 (Dkt. 308).

   We thank the Court for its time and attention.

Respectfully submitted,

Andrew J. Shapren