UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yipit LLC d/b/a YipitData,<br><br>                  Plaintiff,<br><br> -against-<br>Zachary Emmett, et al.,<br><br>                  Defendants. | 24-CV-07854 (JGK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

        The motion by M Science to compel discovery from Yipit and Luban (ECF 299) is DENIED without prejudice to renewal if appropriate. As discussed at the discovery conference on August 5, 2025, I am inclined to permit (1) paper discovery of Yipit concerning Luban and concerning M Science's unclean hands defense; and (2) a deposition of Luban once he has been provided with paper discovery from M Science concerning Luban and concerning M Science's unclean hands defense. The parties and Luban's counsel shall meet and confer on the appropriate scope of the paper discovery concerning Luban and concerning M Science's unclean hands defense as well as on the timing of Luban's deposition. If M Science, Yipit and Luban are unable to agree on the scope of that discovery or the timing of Luban's deposition, any party may request a discovery conference.

        The Clerk of Court is respectfully requested to terminate ECF 299.

DATED:  August 5, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge