UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Yipit LLC d/b/a YipitData,<br><br>     Plaintiff,<br><br> -against-<br>Zachary Emmett, et al.,<br><br>     Defendants. | 24cv7854 (JGK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

 As discussed at the discovery conference on August 8, 2025:

1. The parties are to confer further on search terms and custodians in connection with production of documents relating to any clients lost by Yipit. Yipit may submit a letter by August 12, 2025 addressing the basis for its position that damages are available even absent the loss of clients; M Science shall respond to Yipit's letter by August 18, 2025, and shall include in any such response information regarding the burden of the requested discovery.

2. M Science shall produce documents relating to its recruitment of Emmett, Pinsky, and Fuchs and documents sufficient to show any non-solicitation agreements involving those three individuals as well as training they received on M Science's policies and practices relating to solicitation of competitors' clients. M Science shall also produce Roduit's offer letter.

3. With respect to Yipit's RFPs 8,10, 12, and 46, the parties shall confer further on ways to limit the burden of producing responsive documents, including but not limited to the possibility of production of documents sufficient to show the information sought.

DATED: August 8, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge