# Buchanan

**Andrew J. Shapren**
215 665 3853
Andrew.Shapren@bipc.com

Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
T 215 665 8700
F 215 665 8760

August 19, 2025

**VIA CM/ECF**

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**Application granted. The Clerk of Court is respectfully requested to terminate ECF 330 and to seal ECF 331 with access restricted to case participants and court personnel.**

**Date: August 25, 2025
New York, NY**

SO ORDERED
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Re:   **Yipit LLC d/b/a YipitData v. Emmett et al; 1:24-cv-07854 (JGK)(RFT)**

Dear Judge Tarnofsky:

We represent M Science in the above matter. Today, we will be filing on behalf of M Science a response to the supplemental letter brief ("Supplemental Brief") filed by Yipit on August 12, 2025 (Dkt. 324) and in further opposition to the letter motion ("Motion") filed by Yipit dated July 31, 2025 (Dkt. 308). We write now, pursuant to Paragraph III(E) of Your Honor's Individual Practices (dated September 9, 2024), to request that the Court accept the five exhibits to M Science's response under seal and that the sealed exhibits to M Science's filing be given a Viewing Level that only permits the Parties to this action to view the filing.

The reason for M Science's request to file the exhibits under seal is that three of the exhibits (A, C and D) were produced by Yipit in discovery with a "Highly Confidential" designation. Prior to filing this letter, M Science conferred with Yipit regarding those documents and Yipit has requested that the documents be sealed in their entirety because, throughout the documents, there is information concerning the identity of Yipit's customers, individuals employed by those customers and information regarding Yipit's negotiation tactics. Exhibit B is a recent news article which, if not sealed, would reveal the identity of a former Yipit customer. Finally, Exhibit E is the Declaration of M Science COO, Joseph Napoli, and consists almost entirely of the names of customers of Yipit and those same customers' contract status at M Science.

It is Yipit's position that "names and identifying information of . . . Yipit's investor customers . . . must remain confidential in order to protect the customers' competitive interest in safeguarding the sources of their information." Dkt. 161, p. 1. Yipit also asserts that information pertaining to individuals employed by its customers and its negotiation tactics are confidential and must be protected from public disclosure.

<u>Hon. Robyn Tarnofsky</u>
August 19, 2025
Page - 2 -

      By making this application, M Science does not concede or agree that the information contained in the exhibits is confidential or proprietary to Yipit. However, M Science acknowledges that the resolution of the parties' disagreement over this central issue remains outstanding. And, because M Science's letter response to Yipit's Motion and Supplemental Brief references certain information that Yipit has asserted trade secret protection over, we respectfully request that the Court issue an order allowing M Science to file the exhibits to its response under seal to avoid any dispute with Yipit over this issue.

                                                Respectfully yours,

                                                Andrew J. Shapren