Akin Gump Strauss Hauer & Feld LLP
1999 Avenue of the Stars
Suite 600
Los Angeles, CA 90067

T  +1 310.229.1000
F  +1 310.229.1001
akingump.com



Marshall L. Baker
+1 310.229.1074/fax: +1 310.229.1001
mbaker@akingump.com

**Application granted. The Clerk of Court is respectfully requested to terminate ECF 337 and to seal ECF 338 with access restricted to case participants and court personnel.**

Date: August 25, 2025
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

August 22, 2025

VIA ECF

The Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   Yipit LLC d/b/a YipitData v. Emmett et al; 1:24-cv-07854 (JGK)(RFT) – Motion to Seal Documents

Dear Judge Tarnofsky:

We represent plaintiff Yipit, LLC d/b/a YipitData ("Yipit") in the above-captioned matter. Yipit respectfully submits this letter motion to seal Yipit's concurrently filed Reply Letter, including Exhibits A, B, C, D, E, F, G, H, and I (the "Exhibits") attached thereto, to M Science LLC's Opposition Letter (Dkt. 331).

The reason for Yipit's request to file Exhibit A under seal is that it reveals the identities of Yipit's customers, information that is highly confidential and considered by Yipit to be a trade secret. Sealing is justified under the standard set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). Yipit has a compelling interest in protecting its commercially sensitive and confidential business information, *see Standard Inv. Chartered v. Fin. Indus. Regulatory Auth., Ind.*, 347 F. App'x 615, 617 (2d Cir. 2009), and courts routinely grant motions to seal documents disclosing specific, confidential information about a business's customers, products, and pricing, *see e.g., Hypnotic Hats, Ltd. V. Wintermantel Enter., LLC*, 335 F. Supp. 2d 566, 600 (S.D.N.Y. 2018); *Kewazinga Corp. v. Microsoft Corp.*, No. 18-CV-4500 (GHW), 2021 WL 122122, at *3 (S.D.N.Y. Mar. 31, 2021). Indeed, this Court had granted nearly identical requests to seal documents containing much of the same information underlying this motion. *See* Dkt. Nos. 65, 73, 96, 153, 171, 192, 201, 220.

Exhibit B is a transcript of a deposition which, per the Protective Order (Dkt. 44), has been designated as "Highly Confidential." Finally, Exhibits C, D, E, F, G, H, and I were produced by M Science in discovery and contain information identifying M Science and Yipit clients.  Due to the hour of filing, we were unable to confer with M Science regarding these documents, but are



The Honorable Robyn F. Tarnofsky
August 22, 2025
Page 2

requesting to seal them, per the protective order, as they were produced with a "Highly Confidential" designation.

      Accordingly, the motion to seal should be granted.

      Sincerely,

      */s/* Marshall L. Baker

      Marshall L. Baker

cc: Counsel of Record (Via ECF)