UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Yipit LLC d/b/a YipitData,

              Plaintiff,

  -against-

Zachary Emmett, et al.,

             Defendants.

24-CV-07854 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference on August 27, 2025:

1. With regard to the application at ECF 308, the parties shall meet and confer further on the scope of production of documents relating to the 30 customers. If the parties are unable to reach an agreement, I will hold another discovery conference on this subject on Thursday, **September 4, 2025** at **3 PM**. If the conference is held, please dial (646) 453-4442, Access Code: 662 208 293#. If the parties agree on the scope of production, they should email my courtroom deputy at TarnofskyNYSDChambers@nysd.uscourts.gov to let her know that the conference may be cancelled.

2. The motion for a conference concerning a deposition of Mr. Friedman is GRANTED without prejudice to a future motion to compel his deposition made on an appropriate record.

The Clerk of Court is respectfully requested to terminate ECF 339.

DATED: August 27, 2025
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge