UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yipit LLC d/b/a YipitData,

                Plaintiff,

-against-

Zachary Emmett, et al.,

                Defendants.

24-CV-07854 (JGK) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      As discussed at the discovery conference on September 4, 2025, the Court will not impose an arbitrary ceiling on the number of documents that Defendants may be required to review for production. The parties are directed to meet and confer further on the scope of the remaining document production; if they are unable to reach agreement the parties should file a letter by September 8, 2025 requesting Court intervention.

      The Clerk of Court is respectfully requested to terminate ECF 308.

DATED: September 4, 2025
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge