Akin Gump Strauss Hauer & Feld LLP
1999 Avenue of the Stars
Suite 600
Los Angeles, CA 90067

T   +1 310.229.1000
F   +1 310.229.1001
akingump.com



**Marshall L. Baker**
+1 310.229.1074/fax: +1 310.229.1001
mbaker@akingump.com

September 9, 2025

**VIA ELECTRONIC COURT FILING**

The Honorable Robyn F. Tarnofsky
United States District Court Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:    *Yipit, LLC d/b/a YipitData v. Emmett et al.,* **1:24-cv-07854 (JFK)(RFT)**

Judge Tarnofsky:

We represent Plaintiff Yipit, LLC d/b/a YipitData ("Yipit") in the above-captioned matter.  We write with the consent of Defendants M Science LLC and Michael Marrale and in response to the Court's Orders on September 4, 2025 (Dkt. No. 353), and September 8, 2025 (Dkt. No. 355).  Following the September 4 teleconference with Your Honor, the parties further conferred on the scope of production related to the customers-at-issue and do not require further court intervention at this time.

Respectfully submitted,

*/s/ Marshall L. Baker*
Marshall L. Baker

cc: Counsel of Record (Via ECF)