UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YIPIT, LLC d/b/a YIPITDATA,<br><br>       Plaintiff,<br><br> v.<br><br>ZACHARY EMMETT, ALEXANDER PINSKY, VALENTIN RODUIT, MICHAEL MARRALE; M SCIENCE LLC, and JOHN DOES 1-10,<br><br>       Defendants. | Case No. 1:24-cv-07854-JGK (RFT)<br><br>**JURY TRIAL DEMANDED** |

**YIPIT, LLC d/b/a YIPITDATA'S NOTICE OF MOTION
TO APPROVE CONSENT JUDGMENTS**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Plaintiff's Motion to Approve Consent Judgments, Plaintiff Yipit, LLC d/b/a YIPITDATA, by and through its attorneys, Akin Gump Strauss Hauer & Feld LLP, will move this Court at such time and place as the Court designates, before the Honorable John G. Koeltl, U.S.D.J., at the United States Courthouse located at 500 Pearl Street, New York, New York 10007 for an Order approving 1) a Consent Judgment between Plaintiff Yipit, LLC and Defendant Zachary Emmett, and 2) a Consent Judgment between Plaintiff Yipit, LLC and Defendant Valentin Roduit, and for any further relief that the Court deems just and proper. Defendants M Science LLC and Michael Marrale have agreed to make no objection to the entry of these consent judgments.

Dated: November 10, 2025  
New York, New York

Respectfully submitted,

*/s/ Kyle Z. Cummings*
Marshall L. Baker *(admitted pro hac vice)*
Laura D. Smolowe *(admitted pro hac vice)*
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Tel: (310) 229-1000
Email: lsmolowe@akingump.com
         mbaker@akingump.com


Erica Holland-Nesfield
Kyle Z. Cummings
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park, 44th Floor
New York, NY 10036
Tel: (212) 872-1000
Email: eholland@akingump.com
         kcummings@akingump.com

*Attorneys for Plaintiff Yipit, LLC, d/b/a YipitData*

2