UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YIPIT, LLC d/b/a YIPITDATA,<br><br>        Plaintiff,<br><br>-against-<br><br>ZACHARY EMMETT, ALEXANDER PINSKY, VALENTIN RODUIT, MICHAEL MARRALE, M SCIENCE LLC, and JOHN DOES 1-10,<br><br>        Defendants. | Case No. 1:24-cv-07854-JGK |

### [PROPOSED] STIPULATED JUDGMENT AND PERMANENT INJUNCTION

WHEREAS, on October 16, 2024, Plaintiff Yipit, LLC d/b/a YipitData ("Plaintiff" or "Yipit") initiated this action against Defendants Zachary Emmett and Alexander Pinsky, alleging, among other things, that Defendants Zachary Emmett and Alexander Pinsky misappropriated Yipit's confidential, proprietary, and trade-secret information (the "Emmett Action");

WHEREAS, Yipit subsequently filed a First Amended Complaint in the Emmett Action on December 20, 2024, alleging the same causes of action as the original complaint;

WHEREAS, Yipit subsequently filed a Second Amended Complaint in the Emmett Action on January 30, 2025, alleging the same causes of action against Zachary Emmett and Alexander Pinsky, and adding, among others, Valentin Roduit ("Roduit") as an additional defendant in Counts I, II, and IX;

WHEREAS, Roduit and Yipit (collectively, and for purposes of this Judgment, the "Parties") have reached an agreement to resolve the above-captioned action, and as part of that agreement, have agreed to the Stipulated Judgment and Permanent Injunction set forth below (the "Judgment");

1

WHEREAS, the Parties' agreement to resolve the above-captioned action is conditioned upon entry by the Court of this Judgment; *and there being no opposition,*

*JGK*

IT IS HEREBY STIPULATED AND AGREED, BY AND AMONG THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL, AND THE COURT HEREBY ORDERS WITH RESPECT TO 1 THROUGH 10 BELOW, AS FOLLOWS:

1. Judgment is entered for Plaintiff and against Roduit on the First, Second, and Ninth Causes of Action in Plaintiff's Second Amended Complaint;

2. The Court expressly determines that there is no just reason for delay and therefore directs the entry of final judgment against Roduit and in favor of Plaintiff according to Federal Rule of Civil Procedure 54(b). All of Yipit's claims against Roduit in the above-captioned action are hereby resolved by this Judgment;

3. Roduit is:

    a. Permanently enjoined from engaging in further misappropriation, dissemination, copying, or use of any of Yipit's proprietary, confidential, and/or trade secret information (including copies thereof) that Roduit copied, saved, printed, remembers, or otherwise obtained from Yipit, including all copies of Yipit electronic files or information in his possession (including the files and information that he received from Mr. Emmett, Mr. Pinsky or others) or memory;

    b. Permanently enjoined from destroying, deleting, transferring, copying, or downloading any Yipit Information that he may have in his custody or control; and

    c. Permanently enjoined from working or consulting for M Science, LLC.

4. Roduit understands and agrees that any violation of the Judgment will expose him to all penalties provided by law;

5. Roduit understands and agrees that any violation of the Judgment will constitute immediate and irreparable injury to Yipit and that Yipit shall have the right to enforce this Judgment and any of its provisions by injunction, specific performance or other equitable

relief, without bond and without prejudice to any other rights and remedies that Yipit may have for a breach or threatened breach of this Judgment;

6. Roduit irrevocably and fully waives any and all right to appeal the Judgment, to have it vacated or set aside, or otherwise to attack in any way, directly or collaterally, its validity or enforceability;

7. Roduit consents to the continuing jurisdiction of the Court for purposes of enforcement of the Judgment;

8. The Court will maintain continuing jurisdiction over this action for purposes of enforcing the Judgment;

9. The Parties shall bear their own costs and attorneys' fees incurred in connection with the above-captioned action; and

10. This Judgment does not in any way affect the rights, claims, defenses and/or other positions of any Defendant to this Action other than Roduit.

SO STIPULATED AND AGREED.

_____  November 5, 2025
Laura D. Smolowe                                Date
Counsel for Yipit

_____  November 6, 2025
Maxwell Sandgrund                               Date
Counsel for Roduit

IT IS SO ORDERED.

_____
**Judge John G. Koeltl**
**United States District Judge**

11/11/25

Copies furnished to:
All Counsel of Record

4