UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

YIPIT LLC d/b/a YIPITDATA,

              Plaintiff,          24-cv-7854 (JGK)

    - against -            ORDER

ZACHARY EMMETT, ET AL.,

              Defendants.
―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

In light of the dismissal of the remaining claims in this case (ECF Nos. 364, 366-68), the Clerk is respectfully requested to close all pending motions and to close the case.

SO ORDERED.

Dated:    New York, New York
          November 18, 2025

                                          _____
                                          John G. Koeltl
                                      United States District Judge